**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., | Case No. 17-cv-01041 |
| Plaintiffs, | **Judge Ronald A. Guzman** |
| v. | **Magistrate Judge Sheila M. Finnegan** |
| 2015OUTLETS4U, et al., | |
| Defendants. | |

**Declaration of Kevin S. McPherson – Exhibit 6 – Parts 1-6**

Dated this 9th day of February 2017.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs Otter Products, LLC and Treefrog Developments, Inc.*