











**Description**

Features:
* 100% Generic new and good quality waterproof case.
* Made of high quality TPU (Thermoplastic polyurethanes) & PC & PET.
* Fashionable and durable design makes it much more safer and well protect your Samsung Galaxy S7.
* Designed to fit the Samsung Galaxy phne.
* Slim, sleek silhouette stays true to your Phone's precision design
* waterproof to military standards survives drops from up to 6m
* Enhanced speaker ports deliver maximum acoustic output and clarity.
* Completely Access to every function, buttone, ports

**Important : Please test this case as per the user manual before using it on your Phone**

Water test

1.assemble the case

a. pick up the front of the case,and line up the back of the case with the front

b. firmly press around the entire perimeter of the case, there should be no gaps along the seam of the two halves

c. double check the case to make sure the seam around the edges is fully closed

2 Test the watertight seal

a. place the case in the water and weigh it down with something not too heavy

b.leave the case under water for 30 minutes

**installation instructions**

Note: this case provides protection and a second screen protector will interfere with case, performance. Therefore ,please remove all other screen protectors before installting the case

**Phone installation:**

Shake off the excess water and look into case through the front window, there should be no visible water drops inside although some minor condensation might appera if there is a significant sifference in temperature between the water and the room. If it looks fry inside, the case has passed the test and it is ready for use.

1.clean you phone screen and the shell thoroughly with clean cloth

2 use a coin and insert into the slot located at the bottom right side of the case, twist gently to seperate the front and back case

3 insert your phone face-down into the fromt half of the case, make sure to get the mute switch f you phone aligned with the case's mute switch

4 firmly push in all four conmers to ensure a secure fit

5 take the back half and firemly snap it together with the front, there should be no gap along the seam of the two havies

**Package Includes:**
1 x Waterproof Case(Not include cellphone)
1 x strap
1 x User manual

**Payment**

1.We accept Paypal payment only.

2.Please pay for the order ASAP after you have won the auction,Then we will ship the goods to you at the first time.
3.For multiple items purchase, Please make sure that you have make the right quantity,Then check the total price include the shipping cost.

**Delivery details**

1. Orders processed within 24-48 hours of payment verification.
   (It don't have tracking news for Economy Shipping which is free. If you want to know tracking news, please choose Standard shipping ways. thanks. )



Lifeproof Underwater Water S×

www.ebay.com/itm/311672839382?_trksid=p2060353.m274...

Damon

**Delivery details**

1. Orders processed within 24-48 hours of payment verification.
   (It don't have tracking news for Economy Shipping which is free. If you want to know tracking news, please choose Standard shipping ways. thanks. )
2. We only ship to confirmed Ebay addresses. Your PAYPAL address must match your Shipping address.
3. Service transit time is provided by the carrier. It takes about 10-15 working days to US; about 10-30 working days to other countries. Transit times may be a little delayed during holiday season.
4. Please list your special requests (color, packages, value of declaration, etc.) in the paypal notes section when you make payment.
5. Buyers are responsible for additional COD charges, VAT, Customs fees, AND/OR Duty for importation (if any).

| Country | Shipping Methods | Tracking Number | Delivery Time | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Working Days | 5-7 | 8-10 | 11-15 | 16-22 | ~30 |
| | | | Natural Days | 5-9 | 10-14 | 15-21 | 22-30 | ~40 |
| USA | EPacket delivery | With Tracking Number | Rate of arrived | 14% | 66% | 18% | 2% | Refund |
| Australia/Canada | Economy Int'l Shipping | Without Tracking Number | Rate of arrived | 4% | 16% | 45% | 35% | Refund |
| Europe Countries | Economy Int'l Shipping | Without Tracking Number | Rate of arrived | 0% | 14% | 42% | 48% | Refund |
| Other Countries | Economy Int'l Shipping | Without Tracking Number | Rate of arrived | 0% | 24% | 43% | 33% | Refund |

**Terms of sales**

1. We stand behind every product we sell. If you're not pleased with your purchase, please kindly contact our customer service representatives via email or ebay "Contact seller" for an authorized RMA number. Your returned product(s) will not be processed without a RMA.
2. Buyer is responsible for return costs 30 days replacement or money back as you like. Buy with confidence!
3. If you are not satisfied with the item you received, please contact us and then return it within 30 days. You will get a replacement or money back after item returned to our warehouse.
4. If item is defective, you can contact us and send it back to us. We will send a new one to you after receiving the defective item. But you have to pay the extra shipping fee.

**About us**

If you receive it and like it, please leave a Five Star Positive feedback.

If you don't receive it or have any questions, please contact me anytime before you leave Neutral or Negative Feedback. I will try my best to solve it with you.

This is my new store. Feedback is important for me. Hope you can understanding. Thank you!

**Contact us**

Dear friend,
If you have any questions, please contact me anytime. I will reply as soon as possible.
Working Hours: Monday-Saturday 9:00 AM to 19:00 PM BEIJING Time(21:00PM to 7:00 Am Washington Time),We usually rest on sunday.
Looking forward to our cooperation.

powered by
PushAuction

5% off — Child Safe EVA Foam Shock Proof
5% off — Kids Durable Flip Stand Case PU
8% off — Mix Flip Stand Tablet Case For Samsung
5% off — Hybrid Shockproof Stand Rubber Case
8% off — Mix Flip Stand Cover Case For Samsung
Hard Rubber Heavy Duty Full Body Case





**PayPal Website Payment Deta** ×

Damon

PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/webscr...

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #20X07235V45017928)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Lifeproof Underwater Water Shock Proof Cover Swimming Case For Samsung Galaxy S7 [Pink] Item # 311672839382 | | $10.99 USD |
| | | **Amount** | $10.99 USD |

| | |
|---|---|
| **Order Description:** | Shopping Cart |
| **Item Total:** | $10.99 USD |
| **Sales Tax:** | |
| **Shipping:** | $0.00 USD |
| **Seller discount or charges:** | $0.00 USD |

| | |
|---|---|
| **Total amount:** | -$10.99 USD |
| **Fee amount:** | $0.00 USD |
| **Net amount:** | -$10.99 USD |
| **Date:** | Nov 21, 2016 |
| **Time:** | 14:52:01 PST |
| **Status:** | Completed |

| | |
|---|---|
| **Insurance:** | $0.00 USD |
| **Status:** | Completed |

| | |
|---|---|
| **Shipping Address:** | Patrick Cunningham 230 S. Clark Street STE 552 Chicago, IL 60604 United States Confirmed |

| | |
|---|---|
| **Payment To:** | 何 国栋 (The recipient of this payment is Non-U.S. - Verified) |
| **Seller's ID:** | 1638399 |
| **Seller's Email:** | crystal930713@hotmail.com |

| | |
|---|---|
| **Funding Type:** | PayPal Funds |
| **Funding Source:** | $10.99 USD - PayPal Account |

| | |
|---|---|
| **Tracking Number:** | LK082236898CN |
| **Carrier:** | USPS |
| **Order Status:** | Shipped (Nov 22, 2016) |

| | |
|---|---|
| **Description:** | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you













**Description**

1) 100% brand new and high quality.
2) Made by high quality PC material.
3) Hard Case Cover gives you mobile phone a safe protection.
4) Fits all versions of the Samsung Galaxy Note 5
5) It can stay under more than 6 meters underwater
6) Waterproof / Resistant / Shockproof Design Excellent accessory for Outdoor / Swimming / Diving / Camping / Hiking / Beach. (Not Suitable for daily use)
7) You Can Take Photo Under Water
8) Can answer call when you diving, but effect is not very good.
9) There is no charging port on the case, so you need to put your phone out for charging.
10) More anti-wrestling, 6 Screws make your phone safer than other waterproof shell with a snap.



SK-406  waterproof case for samsung note5

SK-406  Water proof case for samsung Galaxy Note5





**Installation instruction**

**Payment Method**

1. All payments must be prepaid.
2. We only accept payment via Paypal. Please kindly check if you can do the payment via PayPal before placing an order.

**Shipping Policy**

1. We are not responsible for undeliverable address. We reserve the right to charge the shipping fee again for returned items due to wrong address.
2. Items are generally shipped out the next business day after your payment has been cleared (Sat. & Sun. excluded.)
3. Orders from the United States will all be shipped out via USPS with tracking number. The shipment usually takes 1-5 business days (Saturday and Sunday excluded), if you need the item urgently, please contact us for detail before purchase.
4. Local pick up is not available.
5. Customers in Porto Rico, Alaska and Hawaii are recommended to contact us for shipping details (shipping cost & time) before placing an order.

**Payment Method**

Items offer a 30-day return policy from the date of shipment receiving by buyers. If you are over the 30-day return period, we will do our best to help you find what you are looking for. The amount (minus Shipping/Handling) will be funded back to you the same method you made the payment. For damaged or defective items we will happily exchange it for you.

**Feedback**

If you are not satisfied, please let us know before leaving feedback! We want you to be 100% satisfied with your order. When you received your order, please take a moment to leave us positive feedback and 5 star rating on eBay to us is appreciated, vital and very valuable to the continued success of our business.

**Please check my other products below:**

Search | Reset

| Hybrid Slim Crystal Clear Back Hard TPU Bumper | Heavy Duty Shockproof Hybrid Silicone Armor | New 0.2 MM Silk Skin Full Tempered Glass Screen | New Waterproof Shockproof Dirt Snow | Hybrid Hard Bumper Soft Rubber Skin TPU Case For | Rose Shockproof Rugged Hybrid Rubber Hard | Luxury PU Leather Magnetic Flip Stand Card |
|---|---|---|---|---|---|---|
| free | free | free | free | free | free | free |





PayPal Website Payment Deta ×    Damon

🔒 PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/web...

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #41M91084YY220722U)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | 20FT underwater shockproof Life Proof Case for Samsung Galaxy note 5 Waterproof [Pink] Item # 222093263486 | | $3.99 USD |
| | | Amount | $3.99 USD |

**Order Description:** Shopping Cart
**Item Total:** $3.99 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$3.99 USD
**Fee amount:** $0.00 USD

**Net amount:** -$3.99 USD
**Date:** Dec 5, 2016
**Time:** 11:01:40 PST
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ℹ️

**Payment To:** 芮宇东   (The recipient of this payment is Non-U.S. - Verified)
**Seller's ID:** 2000eseller
**Seller's Email:** vivixh@139.com

**Funding Type:** PayPal Funds
**Funding Source:** $3.99 USD - PayPal Account

**Tracking Number:** 9400110200830382850695 ℹ️
**Carrier:** USPS
**Order Status:** Shipped (Dec 6, 2016)

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you







Otterbox
2000eseller






Waterproof Heavy Duty Case
Fully submerge down to 236ft / 3M for up to 24 hour
Fully sealed from dust particles
Full protection for the best shockproof
Crystal-Clear camera window for high quality images
Innovation silicone membrane screen ensures functionality of touch screen
Features
Perfect harmony with every function
Full protection and supports waterproof
Waterproof / Dust proof level IP-68
Compact and portable design
Specifications
Size of carton:95*180*16.5mm
Material:Plastic / PET
Waterpfoof / Dust proof level IP-68
IP-68
HIGHEST LEVEL OF
PROTECTION
FROM WATER AND DUST
Made in China

**Waterproof case  IPX68**











1.Respectively loosen every screw that cover the shell surface

2.Open the surface-shell with your fingertips

3.Put your phone into the shell accurately

4.Assemble the surface-shell well and put every screw into every hole

5.Tap the screen to squeeze out the air inside then lock the screw of the surface-shell respectively

6.It's ok that when the air inside the shell can not go out by tapping the phone screen

Note: Check the assembling of the shell carefully before using it, put a paper towel into the shell, then soak into the water for 10 minutes, after ensuring its waterproof use this product safely



















**Package included:**
**1x Waterproof Case**
**1x Strap**

### About Feedback

Feedback is very important to all of us participating on the eBay community. We have been always working hard for maintain high standards of excellence and strive for 99.97% customer satisfaction. So your POSITIVE FEEDBACK is very important and hightly appreciated. We have always been trying to provide the best service and reliable products for every customer, however, accident may happen sometimes, please contact us to resolve any issue before leaving a negative feedback.

Here is an illustration showing how to leave the positive feedback, please follow the following step. Thank you so much. And welcome you back to our store again.

**Questions and answers about this item**

No questions or answers have been posted about this item.





BUY 1, GET 1 AT
30% OFF
$5.99

BUY 1, GET 1 AT
30% OFF
$4.95

BUY 1, GET 1 AT
30% OFF
$5.99

BUY 2, GET 1 FREE
$7.92

BUY 1, GET 1 AT
20% OFF/New
$7.83

**Features**   **Contact Us**   **Payment Method**   **Shipping Policy**
**Returns & Warranty**
       1. All payments must be prepaid.
2. We only accept payment via Paypal. Please kindly check if you can do
the payment via PayPal before placing an order.

javascript:void(0)



BUY 1, GET 1 AT
30% OFF
$5.99

BUY 1, GET 1 AT
30% OFF
$4.95

BUY 1, GET 1 AT
30% OFF
$5.99

BUY 2, GET 1 FREE
$7.92

BUY 1, GET 1 AT
20% OFF/New
$7.83

**Features**   **Contact Us**   **Payment Method**   **Shipping Policy**

**Returns & Warranty**

1. We are not responsible for undeliverable address. We reserve the right to charge the shipping fee again for returned items due to wrong address.

2. Items are generally shipped out the next business day after your payment has been cleared (Sat. & Sun. excluded.)

3. Orders from the Australia will all be shipped out via Standard Delivery without tracking number. The shipment usually takes 1-7 business days (Saturday and Sunday excluded), if you need the item urgently, please contact us for detail before purchase.

4. Local pick up is not available.



**BUY 1, GET 1 AT 30% OFF**
$5.99

**BUY 1, GET 1 AT 30% OFF**
$4.95

**BUY 1, GET 1 AT 30% OFF**
$5.99

**BUY 2, GET 1 FREE**
$7.92

**BUY 1, GET 1 AT 20% OFF/New**
$7.83

Features    Contact Us    Payment Method    Shipping Policy
Returns & Warranty

1. This product has a 180 Days warranty.
2. Our warranty does not extended to any products that are physically damaged or that are not under normal operating conditions as a result of misuse or improper installation on the buyer/user's part.
3. For all returned products, buyers MUST contact us for the returning address.
4. In all cases, buyers pay shipping fees at their own cost to return products for exchange or refund. We will be responsible for the postage of replacements. Refund will be made upon receipt of the returned item





PayPal Website Payment Deta ✕

🔒 PayPal, Inc. [US]  |  https://history.paypal.com/us/cgi-bin/web...

Damon

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #3PK36938D0110762L)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | For iPhone 6/6S Plus Waterproof Shockproof Dirt Snow Life Proof Hard Case Cover [White,For iPhone 6 Plus & 6S Plus] Item # 262741427352 | | $6.99 USD |
| | | Amount | $6.99 USD |

Order Description: Shopping Cart
Item Total: $6.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$6.99 USD
Fee amount: $0.00 USD

Net amount: -$6.99 USD
Date: Dec 5, 2016
Time: 11:06:13 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed 🔲

Payment To: RUI YUDONG   (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: 2015outlets4u
Seller's Email: outlets4u2015@yahoo.com

Funding Type: PayPal Funds
Funding Source: $6.99 USD - PayPal Account

Tracking Number: 9400110200883276696428 🔲
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an







Otterbox

2015outlets4u

# Waterproof case





1:clean phone off dust and debris.

Using situation 1: It might has some problems in assembly if the mobile phone panel is attached with a protective film or toughened glass which thickness is more than 0.5mm.



Plane Angle

2:pry open the waterproof case by using a desk horn

3:Put your phone inside align the case

Read the manual carefully before using,make sure you have get all the accessories, and check if there is dust or sundries in the case,if yes,clean it with warm water and wipe it with towel. Before you assemble this product,please put this product into the water and soak for 30mitutes to insure no water can filter into the case. This product is phone waterproof protective shell, please use the product according to the product's limited parameters , if not, the product has the possibility of leakage of water. Depth of waterproof is 2.5m, height of shockproof is 1.5m.





4:Assemble the bottom case and USB cover separately.



5:Put your phone flat,then pressed flat by hand



Remove the soft rubber plug to the side when you use the USB socket and the earphone at the same time.Notice to mount the soft rubber plug before placing the product into the water.

Finish assembly: press out the air between the case and the screen,shut the USB cover, screen protector will stick to your phone tightly.



















Grow In Dark Sealed Waterpro ✕

Damon

www.ebay.com/itm/322200169958?_trksid=p2057872.m2...

## Payment

1. We accept PayPal only.

2. If you are paying through Paypal using eCheck, note that your item can be shipped only after eCheck has cleared.

## Handling & Shipping

1. We are not responsible for undeliverable address. We reserve the right to charge the shipping fee again for returned items due to wrong address supplied by buyer. Any non-received items caused by invalid address registered on PayPal are not in our full refund or replacement policy.

2. Items are generally shipped out with 2 business day after your payment has been cleared (Sat. & Sun. & Public holiday excluded.)

3. The delivery time takes 4~6 business days.

4. Local pick up is not available.

## Warranty & Return

1. This product has a 30 days warranty.

2. Our warranty does not extended to any products that are physically damaged or that are not under normal operating conditions as a result of misuse or improper installation on the buyer/user's part.

3. For all returned products, buyers MUST contact us for the returning address.

4. The customer is responsible for all return shipping charges.Refund will be offered once we received the returned items.

## Contact us

If you have any questions, Please feel free to contact us by eBay message, we will reply you within one business day.

## Feedback

1. We will leave Positive Feedback after receive payment,Please do not forget to give us Positive Feedback and FIVE STARS on all of the Detailed Seller Ratings.

2. If you are not satisfied with your shopping Experience,please contact us to get a solution before you decide to leave a Neutral or Negative feedback,we will do our best to solve any problem for you as soon as posible,thanks!

powered by
PushAuction





**PayPal Website Payment Deta** ×

PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/web...

Damon

Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #8L387663J7119425Y)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Grow In Dark Sealed Waterproof Lifeproof Bag Case Pouch For Apple Samsung Phones [Green] Item # 322200169958 | | $6.43 USD |
| | | Amount | $6.43 USD |

**Order Description:** Shopping Cart
**Item Total:** $6.43 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$6.43 USD
**Fee amount:** $0.00 USD

**Net amount:** -$6.43 USD
**Date:** Dec 5, 2016
**Time:** 11:06:38 PST
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ⍰

**Payment To:** wang dan   (The recipient of this payment is Non-U.S. - Verified)
**Seller's ID:** 2016popular
**Seller's Email:** superman201602@hotmail.com

**Funding Type:** PayPal Funds
**Funding Source:** $6.43 USD - PayPal Account

**Tracking Number:** 9400110200830382825563 ⍰
**Carrier:** USPS
**Order Status:** Shipped (Dec 6, 2016)

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you















# 使 用 注 意

1. Read carefully of the 「Notice before Use」, and check
   properly the bag and accessory if there are any damage,
   specially the clip and the opening of the bag.
   请仔细阅读「使用前注意事项」，并检查正确装及配件
   是否有损伤，特别是夹子和袋子的开口。
2. Check the clip and opening of the bag every time after
   use to see if any impact happened from any hard object.
   每次开袋使用检查一下，看看是否有硬物造成任何影响。
3. Please wipe the water and then open the bag after use
   使用后请擦干水再打开袋子。





It is necessary that user should conduct a simple in-water
test by putting dry paper or cotton cloth inside the bag.
Soak and shake the bag in water for at least 3 mins. Wipe
up the water and check the internal paper or cloth. Do
replace the product from your purchase point if they are
wet or we do not hold responsibility. We can not prevent
the transitDamage or normal wear and tear.

这是必要的用户应该通过把干纸或棉布袋内部进行简单的
在水中的试验。浸泡在水中，并摇动袋至少3分钟。擦了
水并检查内部的纸或布。如果他们是湿的，请从您的购买
点更换产品，我们不抱责任，如果任何不当行为发生，我
不能防止在运输途中的损坏或对一般的磨损。















Swimming Waterproof Shockpr ×          Damon

ⓘ www.ebay.com/itm/232153672310?_trksid=p2057872.m2...

**Description:**
* Fully submerge under water to **9.8ft/6m** for up to 2 hrs.
* Fully sealed from dust particles.
* Fully protection for the best shockproof.
* Crystal-Clear camera window for high quality images.
* Innovation silicone membrane screen ensures functionality of touch screen.
Convenient screen operation.
* Easy installation and disassembling.
*Material: plastic and silicone
*Waterproof/Dust proof level **IP-68**
*Perfect harmony with every function of iPHOEN 6/6 PLUS
*Full protection and supports waterproof
*Compact and portable design with accessory hole for tether
*Perfect harmony with every function of iPHOEN 6/6 PLUS
*Full protection and supports waterproof
*Compact and portable design with accessory hole for tether

Note: Always test each case empty prior to using on your phone.
Don't suggest diving for a long time. The products was taken under the white
light,colors of the object might not be the same with the actual products.

**Package included:(with original package)**
1.1 x Hard case Cover For Apple iPhone 6 4.7"/iPhone 6 Plus 5.5"
2.1 x Long Rope
3.1 x Elegant Retail Box(with operating instructions)

1)Items are dispatched within 24  hours(except weekends and holidays) and
shipped from US.
2)Orders from the United States will all be shipped out via USPS. The
shipment usually takes 3-7 business days(Saturday and  Sunday excluded), if
you need the item urgently, please contact us for detail  before purchase.
3)Local pick up is not available.
4)Customers in Porto Rico, Alaska and  Hawaii are recommended to contact us
for shipping details(shipping cost&time)  before placing an order.

waterproof diving
iPhone 7 7 plus 6
6s case **$8.69**

iphone 7 case
**$5.91**

PU Leather
Magnetic Case For
Samsung Galaxy
Note 7 iPhone 7
**$10.99**

**Warranty & Returns**

**Return:**
1, This product comes
with 30-Day  Money
Back Guarantee.
2, If you receive an
item and it doesn't
work properly  or you
don't like it because of
any reason at all, we
have a 100%
refund/return  policy.
We will ship you a new
item or refund your
money for the full
sale  amount.
3, For all returned
products, buyers
MUST contact us for

**See other items**

New iphone 6s
plus case
**$6.99**

iphone 6s plus
case
**$6.99**

ipad pro 9.7"
case
**$32.99**

iphone 6 6s 6
Plus leather
flip case
**$6.99**

iPhone 5 5s se
case
**$6.99**

iphone 6 6s
case
**$5.99**

iphone 6s
case
**$6.99**

**You may like**

50%          50%



**eBay: Order details** — Damon

vod.ebay.com/vod/FetchOrderDetails?_trksid=p2057872.m2...

Hi Diana! ˅ | Daily Deals | Gift Cards | Sell | Help & Contact          My eBay 🔔 🛒

ebay          Shop by category          Search...          All Categories ˅     Search   Advanced

SIMPLYCASH® PLUS
BUSINESS CREDIT CARD

OPEN
Learn More

Home > My eBay > Order details

## Order details

Printer friendly page

Sold by **aicase2015** ( 1562 )          + Show additional actions

Estimated delivery Monday, Dec 12, 2016          + Show shipping details

**Swimming Waterproof Shockproof Life Proof Case Cover For Apple Iphone 6 6S Plus**

| | |
|---|---|
| Item price | $9.89 |
| Quantity | 1 |
| Item number | 232153672310 |
| Shipping service | USPS First Class Package |

Leave feedback

Contact seller

Return item

### Shipping address

**Diana Kennings**
230 S. Clark Street STE 552
Chicago IL 60604
United States

### Order total

| | |
|---|---|
| Subtotal | $9.89 |
| Shipping | Free |
| **Total** | **$9.89** |

View PayPal transaction

Recently viewed items 1/3          Feedback on our suggestions

| Swimming Waterproof | Waterproof LifeProof Full | Waterproof Shockproof | Waterproof Shockproof |
|---|---|---|---|
| $4.99 | $4.99 | $3.99 | $4.99 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping | Free shipping |

Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

**LEARN HOW TO EARN $30 BACK**
as a statement credit if you are approved for a new eBay Extras MasterCard® account.

Learn More

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



PayPal Website Payment Deta ×

△ PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/web...

Damon

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #1YM51964HM315284K)

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Swimming Waterproof Shockproof Life Proof Case Cover For Apple Iphone 6 6S Plus [For iPhone 6s,White] Item # 232153672310 | | $9.89 USD |
| | | Amount | $9.89 USD |

Order Description: Shopping Cart
Item Total: $9.89 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$9.89 USD
Fee amount: $0.00 USD

Net amount: -$9.89 USD
Date: Dec 5, 2016
Time: 11:01:43 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: RUI YUDONG   (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: aicase2015
Seller's Email: rray1217@gmail.com

Funding Type: PayPal Funds
Funding Source: $9.89 USD - PayPal Account

Tracking Number: 9400110200829230939859
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you







Otterbox

aicase 2015



# Waterproof Heavy Duty Case
## for iPhone 6



Fully submerge down to 236ft / 3M for up to 24 hour

Fully sealed from dust particles

Full protection for the best shockproof

Crystal-Clear camera window for high quality images

Innovation silicone membrane screen ensures functionality of touch screen

### Features
- Perfect harmony with every function of iPhone 6
- Full protection and supports waterproof
- Waterproof / Dust proof level IP-68
- Compact and portable design

### Specifications
- Size of carton: 110*184*18mm
- Weight: 112.5 g
- Material: Plastic / Silicone
- Waterproof / Dust proof level IP-68



**IP-68**

HIGHEST LEVEL OF
INGRESS PROTECTION
FROM WATER AND DUST



B4298
MADE IN CHINA

 

Made in China



















WATERPROOF SHOCKPROOF ✕

Damon

C ⓘ www.ebay.com/itm/281980431121?_trksid=p2057872.m2... ⚲ ☆ ⋮

Step 7 : Press the left side of back cover, make the back cover flat.    Step 8: Close the Plug on the bottom    Step 9: Install Complete

**8 Colors Available, Retail Package**

Red, Pink, Turquoise, Green, Black, Purple, white, Gray

**Features:**
The latest generation of protection for new iPhone 6 4.7" & 5.5" screen
Water proof, Daily Life Dirt proof, Snow proof, Shock proof
Tough polycarbonate frame, scratch resistant water proof screen protector
Take your iPhone everywhere and do anything everyday with our case
WaterProof: Fully submergible to 6.6' / 2 m for 30 minutes.
Dirt Proof: Sealed from dirt & dust particles – meets or exceeds IP-68 Ingress Protection Rating
Snow Proof: Sealed from snow & ice – meets or exceeds IP-68 Ingress Protection Rating
Shock Proof: With stands drops from 6.6' / 2 m – meets or exceeds MIL STD 810F-516
All buttons of your iPhone mobile can be used.

Please note: In order to avoid leaking, it must be sealed well. So the sound will be lower than when the iPhone is in the case (common in waterproof case), however it is still at usable level, please think twice before you place the order

**Package included:**

1x Waterproof Hard Case
1x Hand Strap

● **Shipping times:**

U.S.Local Shipping: Around 2 - 7 working days by USPS with Tracking Number.

**Payment:**

● We only accept Paypal.

● Payment need to be received within 5 business days of auction closing.

We ship to your Paypal address. Please make sure your Paypal address is correct before you pay.

**Feedback:**

Your Positive Feedback will encourage us offer much better service for you.

If you have any question with our product, please contact us, we will try to offer a better solution within 1 business day.

**Return Policy:**

If you are not satisfied when you receive the item, please return it within 30 days of receipt for a refund or replacement. Please contact us before sending the item back

Thank you for visiting... Have a nice day!

On Mar-25-16 at 18:20:12 PDT, seller added the following information:

powered by
PushAuction





PayPal Website Payment Details

Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...

**Express Checkout Payment Sent** (Unique Transaction ID #4BW50756KT3520916)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | WATERPROOF SHOCKPROOF DIRT PROOF LIFE PROOF CASE COVER FOR APPLE IPHONE 6/6 PLUS [For iPhone 6s (4.7"),White] Item # 281980431121 | | $9.29 USD |
| | | Amount | $9.29 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $9.29 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$9.29 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$9.29 USD |
| Date: | Dec 5, 2016 |
| Time: | 11:09:13 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings |
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed |

| | |
|---|---|
| Payment To: | JIA XIAO  (The recipient of this payment is **Non-U.S. - Verified**) |
| Seller's ID: | amynaruto |
| Seller's Email: | amynaruto@yahoo.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $9.29 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | 9400110899495032191269 |
| Carrier: | USPS |
| Order Status: | Shipped (Dec 6, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you

Case: 1:17-cv-01041 Document #: 14-2 Filed: 02/09/17 Page 88 of 99 PageID #:439



F

FIRST-CLASS
Dec 08 2016
Mailed from ZIP 90022
Std First-Class Pkg Svc

Commercial Base Price

endicia.com
071S00810061

**USPS FIRST-CLASS PKG**

PARCEL PACK EXPRESS
5620 Grace Pl
Commerce CA 90022

SHIP TO:
Diana Kennings
Diana Kennings
230 S Clark Street STE 552
Chicago IL 60604

**USPS TRACKING #**

9400 1108 9949 5032 1912 69
DO:904117 161206-2108   SKU: 904117-50102690011

902000647487
904117-50102690011

**Liberwill Case**
per Protector

Step 1: Open the Plug in the
bottom of the case

Step 2: Use
case(local

Otterbox

amynaruto









Case: 1:17-cv-01041 Document #: 14-2 Filed: 02/09/17 Page 93 of 99 PageID #:444

# Installation Steps



Step 1: Open the Plug in the bottom of the case



Step 2: Use the Opener between rear cover and case(location above pic.) to Lift up back cover



Step 3: Holding the Latch shaft to open the rear cover



Step 4: Put your phone on the case, lightly press the phone



Step 5: Close the rear cover



Step 6: Press the right side of back cover



Step 7: Press the left side of back cover, make the back cover flat



Step 8: Close the Plug on the bottom



Step 9: Install Complete



Put the phone into the case, press the four corners of the phone, to match the inner rubber and the volume control buttons of the case.

The Back cover lifted, not be pressed well and not made flat as a straight line

The Back cover flat, be press well in a straight line









