























PayPal Website Payment Deta...   ×                                    Damon

⟵  ⟶  C     🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...   ⚲ ☆   ⋮

Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #8S085135D8534564U)

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Durable Waterproof Shockproof LifeProof Case For Apple iPhone 4 4S 5S 6 6S Plus [White,For Apple iPhone 6 6S]<br>Item # 172408450934 | | $7.59 USD |
| | | Amount | $7.59 USD |

Order Description: Shopping Cart
Item Total: $7.59 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.59 USD
Fee amount: $0.00 USD

Net amount: -$7.59 USD
Date: Dec 5, 2016
Time: 11:01:43 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ?

Payment To: XIAO XUAN    (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: bestonline88
Seller's Email: xiaoxuan06@gmail.com

Funding Type: PayPal Funds
Funding Source: $7.59 USD - PayPal Account

Tracking Number: 9374869903501326792588 ?
Carrier: DHL Express
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an



# Order details

Printer friendly page

Sold by **bestonline88** ( 54132 )

**+ Show additional actions**

## Shipping address

Diana Kennings
230 S. Clark Street STE 552
Chicago IL 60604
United States

Estimated delivery **Wednesday, Dec 7, 2016 - Wednesday, Dec 14, 2016**

**- Hide shipping details**

✓ Shipping info received | ✓ In transit | Delivered

| Last scanned date | Saturday, Dec 10, 2016 | Shipping status | In transit |
| Package location | Chicago , IL | Shipping carrier | DHL Global Mail |

Tracking number 9374869903501326792588

Delivery message Notice Left (business Closed)

**See Full tracking history**

### Order total

Subtotal $7.59

Shipping Free

Total $7.59

**View PayPal transaction**



**Durable Waterproof Shockproof LifeProof Case For Apple iPhone 4 4S 5S 6 6S Plus**

| Item price | $7.59 |
| Quantity | 1 |
| Item number | 172408450934 |
| Shipping service | Standard Shipping |

Leave feedback

Contact seller

Return item

Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

## Recently viewed items 1/4

Feedback on our suggestions

Shiny black Double crystaldust bracel...
$3.79
Buy It Now
Free shipping

Shiny Double crystaldust bracelets an...
$4.99
Buy It Now
Free shipping

boots female short tube cotton shoes...
$22.00
Buy It Now

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice





PS LIGHTWEIGHT
Time Sensitive Material

EXP 43
t70

US Postage
PAID
Global Mail
eVS

CR-RT  C014     ORD  2  7
60604

DHL GM#: 4230612685363066     Address Service Requested

Flyworld LLC
600 Hartle St #E
Sayreville NJ 08872

Diana Kennings
230 S. Clark Street STE 552
CHICAGO IL 60604

USPS TRACKING # eVS

9374 8699 0350 1326 7925 88

US-M00344B1*1
Diana Kennings

Otterbox
bestonline88



**Specifications:**

Compatible Brand: For Apple
Compatible Model: For iPhone
Available Colors: 10 Colors
Design/Finish: Glossy, Plain
Water/Dirt Resistance: IP-68

**Accessories:**

1 x Waterproof Case
1 x Headphone Converter
1 x User Manual
1 x Hand Strap







**Designed by FAVOLCANO in New York**
**Made in China**

















Waterproof Shockproof LifePr× | Damon

ⓘ www.ebay.com/itm/172383965816?_trksid=p2057872.m2...

**Waterproof Shockproof LifeProof Full TPU Case Cover For Apple iPhone 6s 7 7 Plus**

Description

**Features:**
-100% brand new.
-High precise design and perfectly fit for the phone body, stylish,easy to assemble and remove.
-Superior waterproof, passed IP-68 Ingress Protection Rating test.
-Tough PC+TPU frame, scratch resistant water proof screen protector
-Convenient - normally receive calls, send and receive messages,read books,play games,etc.

**Multi-function:**
-Daily application: kitchen,spa bathroom,rainy days,etc.
-Outdoor Application: travel,hiking,cross-country skiing
-Water Application: rafting,surfing,swimming,diving,etc.
-Operating Application: outdoor surveying, well drilling workers,etc.
-With this case, your phone retains complete full touch screen and call functionality outside of the water.
-Using this phone case, you can take photos in water without worrying about the water damaging your phone! You can use volume key to take photos under water!

**Package Included:**
-1 X Waterproof Cellphone Case

Payment

1. We accept paypal only.

2. Please feel free to contact us if you have any questions

3. Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

Delivery details

1. We ship to US only.

2. We ship items only to the paypal confirmed address.

3. Orders from the United States will all be shipped out via USPS.
The shipment usually takes 3-7 business days(Saturday and Sunday excluded), if you need the item urgently, please contact us for detail before purchase.

4. We do not offer in store pick up and return service.

Returns & Warranty

1. This product has a 1-Year warranty.

...ded to any products that are physically damaged or that are not under a result of misuse or improper installation on the buyer/user's part.

javascript:;



2. We ship items only to the paypal confirmed address.

3. Orders from the United States will be shipped out via USPS.
The shipment usually takes 3-7 business days(Saturday and Sunday excluded), if you need the item urgently, please contact us for detail before purchase.

4. We do not offer in store pick up and return service.

### Returns & Warranty

1. This product has a 1-Year warranty.

2. Our warranty does not extended to any products that are physically damaged or that are not under normal operating conditions as a result of misuse or improper installation on the buyer/user's part.

3. For all returned products, please contact us for the returning address.

4. In all cases, buyers pay shipping fees at their own cost to return products for exchange or refund. We will be responsible for the postage of replacements. Refund will be made upon receipt of the returned item.

### Contact us

We try to make sure you have a pleasant shopping experience with us, so that we could do more business with you. If there is any dissatisfaction, please email us before leaving any 1 or 2 ratings, negative feedback or open any ebay or paypal dispute. We will try our best to resolve the issues. Please give us the opportunity to resolve any problem.

### Feedback

1.We will left Positive Feedback to you of receiving clear payment.

2. Your positive feedback is importan for us - a responsible and hard-working team on eBay, your great comments will lead us to get more great customers like you.And will make us more confident to develop business and offer bertter service for all customers.

3.Please contact us if you are going to leave us a neutral or negative feedback, we will try our best to solve problems.

powered by
PLISHAUCTION

| Ultra-thin Shockproof | Slim PU Leather Luxury Hard Back | For iPad Mini 1 2 3 Cool Pattern PU | Transparent Cute My Neighbor Totoro | NEW For iPhone 7 Plus Luxury Fashion | Don t Touch Bear Pattern Soft Rubber |
| --- | --- | --- | --- | --- | --- |
| 7.59 USD | 5.99 USD | 6.99 USD | 1.99 USD | 3.99 USD | 1.99 USD |
| Buy It Now | 0 bids | 0 bids | 0 bids | 0 bids | 0 bids |





PayPal Website Payment Deta ×

Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...

Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #88M96006FA093324P)

**Shopping Cart Contents**

| Qty | Item | Options | | Price |
|---|---|---|---|---|
| 1 | Waterproof Shockproof LifeProof Full TPU Case Cover For Apple iPhone 6s 7 7 Plus [Black+White,For iPhone 6s Plus / 6 Plus] Item # 172383965816 | | | $8.19 USD |
| | | | Amount | $8.19 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $8.19 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$8.19 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$8.19 USD |
| Date: | Dec 5, 2016 |
| Time: | 11:06:29 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings 230 S. Clark Street STE 552 Chicago, IL 60604 United States Confirmed |

| | |
|---|---|
| Payment To: | welan   (The recipient of this payment is **Non-U.S. - Verified**) |
| Seller's ID: | bestrcpart |
| Seller's Email: | welan116@yahoo.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $8.19 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | 9400110200881230707104 |
| Carrier: | USPS |
| Order Status: | Shipped (Dec 6, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an





Otterbox
bestrcpart

 

**F** US POSTAGE AND FEES PAID
FIRST-CLASS
Dec 06 2016
Mailed from ZIP 91733
3oz First-Class Pkg Svc

CommercialBasePrice 071V00953814

## USPS FIRST-CLASS PKG

C014

David Chan
David Chan
1840 Floradale Ave
SOUTH EL MONTE CA 91733-3606

SHIP TO:
Diana Kennings
230 S. Clark Street STE 552
CHICAGO IL 60604-1406

24042-blackwhite-11

### USPS TRACKING #



9400 1102 0088 1230 7071 04

















**Features:**
The latest generation of protection for new iPhone 6 6s 4.7"
Water proof, Daily Life Dirt proof, Snow proof, Shock proof
Tough polycarbonate frame, scratch resistant water proof screen protector
Take your iPhone everywhere and do anything everyday with our case
WaterProof: Fully submergible to 6.6' / 2 m for 30 minutes
Dirt Proof: Sealed from dirt & dust particles – meets or exceeds IP-68 Ingress Protection Rating
Snow Proof: Sealed from snow & ice – meets or exceeds IP-68 Ingress Protection Rating
Shock Proof: With stands drops from 6.6' / 2 m – meets or exceeds MIL STD 810F-516
All buttons of your iPhone mobile can be used.

Please note: In order to avoid leaking, it must be sealed well. So the sound will be lower than when the iPhone is in the case (common in waterproof case), however it is still at usable level, please think twice before you place the order

**Package included:**

1x Waterproof Hard Case(Color:White)
1x Hand Strap

• **Shipping times:**

U.S.Local Shipping: Around 2 - 7 working days by USPS with Tracking Number.

**Payment:**

• We only accept **Paypal.**

• Payment need to be received within 5 business days of auction closing.

We ship to your Paypal address. Please make sure your Paypal address is correct before you pay.

**Feedback:**

Your Positive Feedback will encourage us offer much better service for you.

If you have any question with our product, please contact us, we will try to offer a better solution within 1 business day.

**Return Policy:**

If you are not satisfied when you receive the item, please return it within 30 days of receipt for a refund or replacement. Please contact us before sending the item back

Thank you for visiting... Have a nice day!

powered by
PushAuction





PayPal Website Payment Deta ×     Damon

PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/web...

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #0K464461VF818372D)

### Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Waterproof Shockproof Dirt Life Proof Case Cover for Apple iPhone 6s 4.7" White (For iPhone 6s (4.7"),White) Item # 172430393502 | | $7.99 USD |
| | | Amount | $7.99 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $7.99 USD |
| Sales Tax: | |
| Shipping: | $1.99 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$9.98 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$9.98 USD |
| Date: | Dec 5, 2016 |
| Time: | 11:09:16 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

**Shipping Address:** Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

**Payment To:** Zou WeiFeng    (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** calvintmall
**Seller's Email:** calvintopmall@yahoo.com

**Funding Type:** PayPal Funds
**Funding Source:** $9.98 USD - PayPal Account

**Tracking Number:** 9400110899495032191283
**Carrier:** USPS
**Order Status:** Shipped (Dec 6, 2016)

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you









# Liberwill
### Mobile Phone Case

## ACCESSORIES

**LEATHER CASE /**
**HARD SOFT CASE**

Fashion Leather Case / Hig
Combo Case, Custom fit an
operation. Made of high qua
leather/durable hard PC pla
Silicone Gel. Smooth to tou
shockproof and protect you
from scratches, dusts and b

**REEN PROTECTOR**

Ultra thin and optically clea
without blocking your view
scratch coating provides
protection from fingerprint
scratches and dusts easy
remove with no sticky res

**ATERPROOF BAG**

Outer packing bag is mad
waterproof material. Suitab
going outside or a vacatio
beach sports,water sports
Convenient carry and pro
outer waterproof for your







Thanks for choosing us

You can find the free gift in the package. We strive to make your transaction a pleasant experience. It would encourage us to do even better if you could leave us a positive 5-Star Rating. We will do the same for you.

If you have any problems, please contact us immediately by eBay messenger before leaving a negative/neutral feedback or opening a case. We will response in 1 working day and make every effort for 100% satisfaction, such as an exchange, return or refund, much faster than eBay and PayPal.

CAUTION ⚠

Failure to follow user-manual instructions may damage your device. Please test the case in water before you place you device.







Step 1: Open the Plug in the bottom of the case



Step 2: Use the Opener between rear cover and case(location above pic.) to Lift up back cover



Step 3: Holding the Latch shaft to open the rear cover



Step 4: Put your phone on the case, lightly press the phone



Step 5: Close the rear cover



Step 6: Press the right side of back cover



Step 7: Press the left side of back cover, make the back cover flat



Step 8: Close the Plug on the bottom



Step 9: Install Complete



Put the phone into the case, press the four corners of the phone to match the inner rubber and the volume control buttons of the case.

The Back cover lifted, not be pressed well and not *made flat as a straight line*

The Back cover flat, be press well in a straight line











CHIC Waterproof Shockproof ×    Damon

C   ⓘ www.ebay.com/itm/401233561416?_trksid=p2060353.m2... Q ☆ ⋮

Description    Shipping and payments          Report item

eBay item number: 401233561416

Seller assumes all responsibility for this listing.
Last updated on Dec 02, 2016 18:44:06 PST View all revisions

**Item specifics**

| Condition: | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, ... Read more | MPN: | Does Not Apply |
| Brand: | Unbranded | | |

## Best Match

### Description

Material: TPU
Color:Black,White,Rose red,Blue,Green,Clear,Gold,Black+white
Size: Suitable for iPhone 5/5s
Weight: 40g
Quantity: 1 Phone case
Superior waterproof, passed IP-68 Ingress Protection Rating test.
Tough PC+TPU frame, scratch resistant water proof screen protector
Convenient - normally receive calls, send and receive messages,read books,play games,etc.
Customized access to all Buttons, Data Cable/Charger ports,Headphone/earbuds jack,etc.
With this case, your phone retains complete full touch screen and call functionality outside of the water.
1 cm = 0.3937 "
Precautions:
1.Please allow 1-3cm measuring deviation due to manual measurement.
2.Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
BEGIN]-->



CHIC Waterproof Shockproof ☰ ✕                                   Damon

ⓘ www.ebay.com/itm/401233561416?_trksid=p2060353.m2...    ⊖ ☆    ⋮

1 cm = 0.3937 "
Precautions:
1.Please allow 1-3cm measuring deviation due to manual measurement.
2.Due to the different monitor and light effect, the actual color of the item might be slightly
different from the color showed on the pictures. Thank you!
BEGIN]-->

Payment

BEGIN]-->Pay pal Only
Payment must be made within 5 days after the auction ends.

Shipping

BEGIN]-->
*We ship worldwide.
*Shipping time: within 48 hours upon receipt of your payment.
*Shipping lead time: Kindly note It's sent from China and it takes about 15-35 days to USA,25-45 days to
other country besides USA. and 36-55 business days arrive **Brazil, Russia.**
It's overseas journey and will take longer time, if you can't wait so long please hesitate to bid.......
*If you have not received it , please contact us first, we will solve it for you.


BEGIN]-->

About Us

BEGIN]-->

It's highly appreciated you leave us positive feedback and 5 star rating comments if you are satisfied with our
service! If you are dissatisfied with item or have not received the items over 35 days, please contact us for
solution, we will try our best to solve it. We must give you a satisfactory solution.
Your comment is very important in our business success. If
you send email to us, In our working hours will be resumed
within 24 hours.
Please feel free to contact us first before leave indifferent
feedback or 1-3 star good feedback and open Case. we will try
our best to solve your problem. Because we believe Anything
can be resolved through communication. Thank you!


Contact Us

BEGIN]-->If you have any inquires or any questions, please feel free to
contact us, we will reply to you in 24 hours in our working time 8.30am-
5.30pm in Beijing time (Monday to Saturday).

Questions and answers about this item





Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #6HM20317LV0701133)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | CHIC Waterproof Shockproof Dustproof LifeProof Case Cover For Apple iphone5/5s [White] Item # 401233561416 | | $3.21 USD |
| | | Amount | $3.21 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $3.21 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$3.21 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$3.21 USD |
| Date: | Nov 29, 2016 |
| Time: | 06:58:22 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Ariana Sykee |
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed |

| | |
|---|---|
| Payment To: | 胡高勇   (The recipient of this payment is **Non-U.S. - Verified**) |
| Seller's ID: | cnbirdsfly |
| Seller's Email: | cnbirdsfly6688@163.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $3.21 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | No Shipment Tracking |
| Carrier: | None |
| Order Status: | Shipped (Dec 1, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an







Otter New Box Defender Case ×

Damon

C ⓘ www.ebay.com/itm/192066226986?_trksid=p2057872.m27...

Description  Shipping and payments

Report Item

eBay item number: 192066226986

Seller assumes all responsibility for this listing.
Last updated on Dec 31, 2016 01:01:05 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Protective Shell/Skin |
| Compatible Product Line: | iPad Mini 1st Generation, iPad mini 2, iPad mini 3, iPad mini | Brand: | Does not apply |
| To Fit: | 7.9" Device | Model: | iPad Mini Defender Series |
| Color: | Purple - Pink | MPN: | otter |
| UPC: | Does not apply | Compatible Brand: | For Apple |

BIOSTAR B75MU3B Intel B75 Motherboard Socket
46.90 USD
Buy it now
Free shipping

Otter New Box Defender Case w/Stand For iPad Mini
38.99 USD
Buy it now
Free shipping

20 Pcs USB Type A Female (BIG Head) - Anti Dust Cover
4.39 USD
Buy it now
Free shipping

New Replacement Housing Battery Back Cover Case Skin for
2.99 USD
Buy it now
Free shipping

10pcs Card Shape Universal Cellphone Bracket Folding
2.49 USD
Buy it now
Free shipping

4 Buttons Cloning 433mhz Electric Garage Door Remote
3.99 USD
Buy it now
Free shipping

### Description

This manufacturer developed the Defender Series iPad mini 1/2/3 case to create the most usable and protective solution possible. The inner shell of the case is made from impact resistant polycarbonate that protects the back of your iPad from scuffs and scrapes. A screen protector is built into the polycarbonate shell to protect against scratches without compromising sensitivity. The outer layer is made from rugged silicone and absorbs impact while the textured exterior provides added grip. A shield stand acts as a protective cover to the front or back of the case and doubles as a kickstand for typing or watching movies.
*** Durable two-piece polycarbonate inner layer snaps together to form a snug fit
*** A screen protector is built into the inner-shell to prevent scratches and smudges while retaining the sensitivity of the touch screen
*** Rugged silicone slipcover wraps around the polycarbonate shell to create a rock-hard defense against bumps and drops
*** All features and functions are completely accessible through the case including the speaker, headphone jack, camera and charging port
*** Silicone plug covers keep the dust and debris out of the main openings without interfering with usability
*** A polycarbonate case cover fits over the front or back of the iPad mini and doubles as a kickstand to view in portrait or landscape mode
*** This Defender Series iPad Mini case provides added protection against bump, shock, drop and dust intrusion.

s.pushauction.com/cp/9b35a230e2f64b7fb54f6bbd565a227e/efa6fdcca70941b6ae0a36d76223ab48/1/2.htm



Otter New Box Defender Case    ×                                                    Damon

C    ⓘ www.ebay.com/itm/192066226986?_trksid=p2057872.m27...  Q ☆    ⋮

*Weight & dimensions:*

** *Weight: 10.7 oz / 303.9g*
** *Dimensions (case only): 8.23 in x 5.65in x 0.63in / 209.1 mm x 143.6 mm x 16.00 mm*
** *Dimensions (case and shield stand): 8.61 in x 6.04 in x 1.05 in / 218.6 mm x 153.5 mm x 26.6mm*

## Payment Policy&Shipping

- We only accept payment by paypal
- We will use your paypal shipping address as the delivery address

- Normally delivered time:
- USA:7-15 days( via usps way)
- Canada,Israel,Australia need 20-35 days.
- Brazil and Russian need 40-60 days.
- other countries need 25-45 days.
- All items will be sent within 48 hours after payment cleared except weekend.
- Note:if the item is built-in battery,the transit time will be longer 1-2 week than normal delivered time.It depends on both countries customs custom.
- Item price not include any applicable taxes or duties that maybe charged by customs.These charges are the buyer's responsibility,

|  |  | delivery time(not including holiday) | | | | | |
|---|---|---|---|---|---|---|---|
| Country | calendar days | 5-10 | 11-15 | 16-20 | 21-25 | 26-30 | >35 |
| United States | Rated time | 9.70% | 63.50% | 18.90% | 5.30% | 2.60% | contact or resend |
| Canada | Rated time | 5.20% | 47.85% | 28.95% | 15.87% | 2.10% | |
| Australia | Rated time | 3.20% | 53.35% | 15.34% | 3.89% | 2.66% | |
| Israel | Rated time | 14.00% | 60.42% | 17.80% | 5.00% | 2.95% | |
| France | Rated time | 13.54% | 24.87% | 35.24% | 18.29% | 8.00% | |
| South America | Rated time | 0.10% | 15.50% | 48.85% | 23.40% | 9.37% | contact(>45) |

Note:
South America will take much longer than other countries,so the refund time is more than 45 days.

## Feedback

- Any thought you want to ask or complain, please feel free to contact us, we will glad to answer your question...

*If you receive the products and satisfied with them, please leave us a positive and Five- Star detailed seller ratings. Thank you!*

Step1: Leave the positive rating

Rate this transaction, This Feedback help other buyers and sellers:
- Positive    Neutral    Negative    I will leave Feedback later

Step2: Leave your comments about this deal

Please explain:  Excellent transaction, item as described, quick deliver. Thank you.   ✓

Step3: Choose the five star rating for every detailed,It's very important for us.

Click on the stars to rate more details of the transaction,These ratings will not be seen by the seller

How accurate was the item description?        ★★★★★  Very accurate
How satisfied were you with the seller's communication?  ★★★★★  Very satisfied
How quickly did the seller ship the item?      ★★★★★  Very quickly
How reasonable were the shipping and handling charges?  ★★★★★  Very reasonable





PayPal Website Payment Deta... ✕                                    Damon

⟳     🔒 PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...   ⊕ ☆   ⋮

**Express Checkout Payment Sent** (Unique Transaction ID #78G00508K7390823U)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Otter New Box Defender Case w/Stand For iPad Mini 1, mini 2 and 3 PURPLE - PINK Item # 192066226986 | | $38.99 USD |
| | | **Amount** | $38.99 USD |

**Business Contact Information**

Customer Service Email: cometchn@gmail.com
Customer Service Phone: +86 18027308142

Order Description: Shopping Cart
Item Total: $38.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$38.99 USD
Fee amount: $0.00 USD

Net amount: -$38.99 USD
Date: Jan 2, 2017
Time: 18:35:46 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed 🔓

Payment To: XU TINGZHAN   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: cometech
Seller's Email: cometchn2013@hotmail.com

Funding Type: PayPal Funds
Funding Source: $38.99 USD - PayPal Account

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an













Color:As Your Choose

**Package Include:**

- 1 X Phone case (Phone not included)
- 1 X Front Screen Protector
- 1 X Cleaning Cloth
- 1 X Appliciation Card
- 1 X Screen Long Pen

## Payment

- We only accept PayPal and ship to PayPal address, So please update your PayPal address.
- If you win the bid , please pay for it in 3 business day, if not, we will apply to cancel this transaction.

## Delivery details

- We only ship to PayPal address, so please update your PayPal address!
- We will send your item in 1 business day by USPS with tracking number( not include Public holiday).
- Please pay it in 3 days when you bid, if not, the item may be not available for you.

  US Shipping: 2-6 Business Days.
  International Shipping: 3-14 Business Days.

## Return Policy

- We can promist to the buyer: 30 days Money Back  Or Exchange!
- If it is bad with the duty of item, not by improper using, We will back money or replacement.
- If you didn't need it again when you get it, you can back it to us, we will back your money( not include shipping fee and handing fee)

Thank you and have a great day!





**Express Checkout Payment Sent** (Unique Transaction ID #355718430M689901W)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Heavy Duty Hybrid Silicone Impact Armor Case Cover Lifeproof For iPod Touch 5 th [Light Pink,Screen Protector] Item # 131471902783 | | $5.95 USD |
| | | Amount | $5.95 USD |

**Order Description:** Shopping Cart
**Item Total:** $5.95 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$5.95 USD
**Fee amount:** $0.00 USD

**Net amount:** -$5.95 USD
**Date:** Dec 5, 2016
**Time:** 11:06:40 PST
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

**Payment To:** 胡 宇杰   (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** conan.parts
**Seller's Email:** conan.hu@hotmail.com

**Funding Type:** PayPal Funds
**Funding Source:** $5.95 USD - PayPal Account

**Tracking Number:** 9400111699000446174112
**Carrier:** USPS
**Order Status:** Shipped (Dec 6, 2016)

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an























**Set Include:** 1Pc Phone Case, 1Pc Belt Clip
**Condition:** Brand New
**Material:** PC, TPU
**Color:** Black(as pictures show)
**Features:**

- Compatible with iPhone 6/6 plus/7/7 plus.
- Detachable PC frame with screen protector and TPU case.
- Back with 360 degree rotary clip acts as stand.
- Designed with side buttons, ports and camera cutout.
- Perfect for protecting your phone from scratches.

- **Case Size:**
  iPhone 6: 5.5 x 2.5 inch/14 x 6.5cm
  iPhone 6 Plus: 6 x 3 inch/16 x 7.5cm
  iPhone 7: 5.5 x 2.5 inch/14 x 6.5cm
  iPhone 7 Plus: 6 x 3 inch/16 x 7.5cm

**Friendly Tips:** The size is measured by hands, please allow minor error of measurement. Photo color might be a little different from the actual product due to color display of different monitors.

Product names are trademarks of the listed manufacturer or other owners, and are not trademarks of FashionTrain. The manufacturer does not necessarily endorse use of these products.







**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #25C20577H7080171V)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Belt Clip iPhone 6/6 Plus/7/7Plus LifeProof Tough Cover Screen Protector Holster [iPhone 6 Plus] Item # 182332244840 | | $9.35 USD |
| | | Amount | $9.35 USD |

Order Description: Shopping Cart
Item Total: $9.35 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$9.35 USD
Fee amount: $0.00 USD

Net amount: -$9.35 USD
Date: Nov 6, 2016
Time: 08:53:01 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Cleo Wu
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 鹏 长江 (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: fashiontrain
Seller's Email: acc.ranpower@gmail.com

Funding Type: PayPal Funds
Funding Source: $9.35 USD - PayPal Account

Tracking Number: LK065096590CN
Carrier: USPS
Order Status: Shipped (Nov 6, 2016)

Description: Shopping Cart



PayPal Website Payment Deta ✕

Damon

🔒 PayPal, Inc. [US] https://history.paypal.com/us/cgi-bin/web...

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Belt Clip iPhone 6/6 Plus/7/7Plus LifeProof Tough Cover Screen Protector Holster [iPhone 6 Plus] Item # 182332244840 | | $9.35 USD |
| | | Amount | $9.35 USD |

Order Description: Shopping Cart
Item Total: $9.35 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$9.35 USD
Fee amount: $0.00 USD

Net amount: -$9.35 USD
Date: Nov 6, 2016
Time: 08:53:01 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Cleo Wu
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ⍰

Payment To: 冉 长江 (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: fashiontrain
Seller's Email: acc.ranpower@gmail.com

Funding Type: PayPal Funds
Funding Source: $9.35 USD - PayPal Account

Tracking Number: LK065096590CN ⍰
Carrier: USPS
Order Status: Shipped (Nov 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log













Waterproof Shockproof LifePr... ×                    Damon

C    ⓘ www.ebay.com/itm/291956231827?_trksid=p2060353.m2...   Q ☆   ⋮

## DESCRIPTION

**WATERPROOF SHOCKPROOF DIRT PROOF CASE COVER FOR APPLE IPHONE 6 & 6S PLUS**

**One case with Four Proof:**
Waterproof:
This protection goes deeper than accidental spills and splashes, your iPhone 6 is safe in, on and under water
Snowproof:
Keeps water and dirt out, perfect for blocking snow, ice; Take you phone out into the wilds of winter without worry
Dirtproof:
The outstanding water protection also blocks dust and dirt, you can use your phone in the field, at the beach and anywhere
Shockproof:
Military drop specs to protect your phone from the mostly common mishap.

**Features:**
Built in protector for total touchscreen defense.
Anti reflection optical-glass camera lens.
Touch screen works as normal while phone protected.
Slim, sleek profile follows iPhone's precision lines Clear window showcases the iconic Apple logo

- Special design, Quick and easy installation,
- Waterproof, the water can easily answer the party's telephone, water does not enter, the top waterproof effect
- Can isolate dirt, dust, dust storms, and can withstand dust, dirt impurities and construction
- Make phone completely isolated snow and ice, water, the use of skis, rafting and other environments can also be assured of use
- Earmarked camera viewfinder, shooting a variety of environments
- Can be underwater listening to music, touch screen, playing games, enjoying all the time without any restriction phone fun
- Easy accessibility, just push the button, you can fully open, mounted directly on the phone can be

Please note When on the phone, the sounds will be lower than you expect, because for the waterproof case is designed to be tightly shut, the volume on your phone may be lower than usual which is normal with all Waterproof case. Please test before use.

**Package included:**
1*Fingerprint Touch ID Capable Waterproof case

**FOR APPLE IPHONE 6 & 6S PLUS**











PayPal Website Payment Deta ×

Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...

Express Checkout Payment Sent (Unique Transaction ID #806247308D511450R)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Swimming Waterproof Shockproof LifeProof Case Cover For Apple iphone 6 6S Plus [Black,For iPhone 6 6S Plus] Item # 291956231827 | | $3.99 USD |
| | | Amount | $3.99 USD |

Order Description: Shopping Cart
Item Total: $3.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$3.99 USD
Fee amount: $0.00 USD

Net amount: -$3.99 USD
Date: Nov 29, 2016
Time: 06:58:17 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Ariana Sykee
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ?

Payment To: 汀增  (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: favorhk
Seller's Email: favorhk888@hotmail.com

Funding Type: PayPal Funds
Funding Source: $3.99 USD - PayPal Account

Tracking Number: LK091973304CN ?
Carrier: USPS
Order Status: Shipped (Nov 29, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an











Description:
Material : TPU + PC
The case has a cut-out at the buttom so you can hang the phone which is very handy when your hands are full.
Hard shell extends to all four corners, providing excellent impact protection from drops.
Phone is fully functional in the case, easy access to all ports and buttons.
Form-fit design fits like a golve, screen is recessed within the case for protection.

COMPATIBILITY: iPhone 6/6S

PACKING LIST :
1 x Phone Case

iPhone 6/6S

Black     White     Gold     Silver

Green     Blue     Rose     Red     Rose Gold







PayPal Website Payment Deta ×

Damon

PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/webs...

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #6NC45992RY370250H)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Antiscratch Luxury Shockproof Lifeproof Armor Case Cover Skin For iPhone 6/6S [Gold] Item # 222360347543 | | $1.99 USD |
| | | Amount | $1.99 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $1.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$1.99 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$1.99 USD |
| Date: | Dec 29, 2016 |
| Time: | 19:42:50 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 杨芳   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: gogosource
Seller's Email: minipp2017@163.com

Funding Type: PayPal Funds
Funding Source: $1.99 USD - PayPal Account

Tracking Number: No Shipment Tracking
Carrier: None
Order Status: Shipped (Dec 29, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an











Waterproof Shockproof LifePr... ×          Damon

← → C ⓘ www.ebay.com/itm/331874423897?_trksid=p2057872.m2...  Q ☆ ⋮

**Description**    **Shipping and payments**                                    Report item

Seller assumes all responsibility for this listing.                  eBay item number: 331874423897
Last updated on  Dec 07, 2016 19:47:30 PST  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Fitted Case/Skin |
| Brand: | Unbranded/Generic | Compatible Brand: | For Apple |
| Material: | Silicone/Gel/Rubber | Compatible Model: | For iPhone 5, For iPhone 5s, For iPhone se, For iPhone 7, For iPhone 7 Plus, For iPhone 6, For iPhone 6s, For iPhone 6s Plus, For iPhone 6 Plus |
| Design/Finish: | Glossy, Transparent | MPN: | Does Not Apply |
| Features: | Shockproof, Waterproof, With Strap, Water Resistant | | |

**You May Also Like**

Luxury Magnetic Flip        Flip Magnetic Stand        Magnetic Flip Stand        For Lg G Stylo LS770        Ultra Thin Soft TPU        Flip Stand Walle
Leather Cover Stand         Leather Card Wallet        Leather Wallet Card        Hybrid TUFF Armor         Clear Transparent Back     Leather Case C
$6.57 $6.92               $5.89                    $6.26 $6.59              $4.74 $4.99               $3.59                     $5.99

Protective Hybrid          Magnetic Flip Stand        Slim Hybrid Soft          Rose Gold PU Leather       Luxury Gold Glitter        Hybrid Shockpr
Shockproof Hard Case       Leather Card Wallet        Rubber Bumper             Flip 9 Card Wallet         Bling Glossy Hard PC       Hard Rugged R
$5.68 $5.98              $5.69                    $2.99                    $6.99                     $5.22 $5.49              $5.99

Note:
1. Touch ID is not available, please do notice that.
2. Please remove the case when charging your iPhone, and the case is only designed to use underwater or near water, not for daily use.
3. Please make sure you install it according to the instruction and test it before use it underwater.

Description:

1. 100% brand new in retail package.

2. High precise design and perfectly fit for the phone body, stylish,easy to assemble and remove.

3. Superior waterproof, passed IP-68 Ingress Protection Rating test.

4. Tough PC+TPU frame, scratch resistant water proof screen protector

5. Convenient - normally receive calls, send and receive messages,read books,play games,etc.

Multi-function:

1) Daily application: kitchen,spa bathroom,rainy days,etc.

javascript:;                              untry skiing



Protective Hybrid
Shockproof Hard Case
$5.68 ~~$6.98~~

Magnetic Flip Stand
Leather Card Wallet
$5.69

Slim Hybrid Soft
Rubber Bumper
$2.99

Rose Gold PU Leather
Flip 9 Card Wallet
$6.99

Luxury Gold Glitter
Bling Glossy Hard PC
$5.22 ~~$5.48~~

Hybrid Shockp
Hard Rugged F
$5.99

**Note:**
1. Touch ID is not available, please do notice that.
2. Please remove the case when charging your iPhone, and the case is designed to use underwater or near water, not for daily use.
3. Please make sure you install it according to the instruction and test it before use it underwater.

**Description:**

1. 100% brand new in retail package.

2. High precise design and perfectly fit for the phone body, stylish,easy to assemble and remove.

3. Superior waterproof, passed IP-68 Ingress Protection Rating test.

4. Tough PC+TPU frame, scratch resistant water proof screen protector

5. Convenient - normally receive calls, send and receive messages,read books,play games,etc.

**Multi-function:**

1) Daily application: kitchen,spa bathroom,rainy days,etc.

2) Outdoor Application: travel,hiking,cross-country skiing

3) Water Application: rafting,surfing,swimming,diving,etc.

4) Operating Application: outdoor surveying, well drilling workers,etc.

5. Customized access to all Buttons, Data Cable/Charger ports,Headphone/earbuds jack,etc.

6. With this case, your phone retains complete full touch screen and call functionality outside of the water.

7. Using this phone case, you can take photos in water without worrying about the water damaging your phone! You can use volume key to tak water!

**Specifications:**

Material:Made from high quality plastic material, with soft silicone rubber gel inner skin

Rubber/silicone back frame case + hard plastic back case.

Size: Perfect fit

Color: Black, Pink, Mint Green, Minit Blue

Compatible with: Apple iPhone 5/5S/SE/7/7 Plus/6/6s

**Package Includes:**

1 X waterproof case
1 X Hand Strap

Accessory only, iPhone in the pictures not included.

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question





## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #19A11075TX497090F)

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Waterproof Shockproof LifeProof Diving Dustproof Clear Case for iPhone 7 SE 5 5S (Black,iPhone SE) Item # 331874423897 | | $8.54 USD |
| | | Amount | $8.54 USD |

### Business Contact Information

Customer Service Email: new_tekstore@yahoo.com
Customer Service Phone: +86 075529993131 x8060

Order Description: Shopping Cart
Item Total: $8.54 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$8.54 USD
Fee amount: $0.00 USD

Net amount: -$8.54 USD
Date: Dec 5, 2016
Time: 11:01:33 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: Shenzhen ATC Network Scienology Co.,Ltd (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: goodebuying
Seller's Email: good_ebuying@yahoo.com

Funding Type: PayPal Funds
Funding Source: $8.54 USD - PayPal Account

Tracking Number: 9274890113694022712841
Carrier: USPS



PayPal Website Payment Deta ✕

Damon

🔒 PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...

| 1 | Waterproof Shockproof LifeProof Diving Dustproof Clear Case for iPhone 7 SE 5 5S [Black,iPhone SE] Item # 331874423897 | $8.54 USD |
| | | Amount   $8.54 USD |

**Business Contact Information**

Customer Service Email: new_tekstore@yahoo.com

Customer Service Phone: +86 075529993131 x8060

Order Description: Shopping Cart
Item Total: $8.54 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$8.54 USD
Fee amount: $0.00 USD

Net amount: -$8.54 USD
Date: Dec 5, 2016
Time: 11:01:33 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: Shenzhen ATC Network Scienology Co.,Ltd    (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: goodebuying
Seller's Email: good_ebuying@yahoo.com

Funding Type: PayPal Funds
Funding Source: $8.54 USD - PayPal Account

Tracking Number: 9274890113694022712841
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.







**Otterbox**

**good ebuying**

# Waterproof
## Heavy Duty Case
### for iPhone SE/5S/5





**Snow Proof**   **Shockproof**   **Dust Proof**   **Waterproof**










# *Waterproof* Heavy Duty Case

## for iPhone SE/5S/5



Fully submerge down to 10M for up to 24 hour

Fully sealed from dust particles

Full protection for the best shockproof

Crystal-Clear camera window for high quality images

Innovation silicone membrane screen ensures functionality of touch screen

### Features

- Perfect harmony with every function of iPhone SE/5S/5
- Full protection and supports waterproof
- Waterproof / Dust proof level IP-68
- Compact and portable design

### Specifications

- Size of carton: 110*184*18mm
- Weight: 113g
- Material: Plastic / Silicone
- Waterproof / Dust proof level IP-68

## IP-68

HIGHEST LEVEL OF INGRESS PROTECTION FROM WATER AND DUST



C01-1008-0801

316#32367#6101111013
MADE IN CHINA

Made in China

for iPhone SE/5S/5    *Waterproof*    **Heavy Duty Case**

**IMPORNT:** This case is not indestructible and should be used with care. Case or phone may be damaged by dropping from less than tested height. User must follow all installation, maintenance, and operating instructions carefully for water, dust, and shock protections. Ensure all seals are properly closed before exposure to dust or water, Inspect the case for damage to ensure complete closure after impact.





# Waterproof
## Heavy Duty Case
### for iPhone SE/5s/5

User Manual

**IP-68** HIGHEST LEVEL OF INGRESS PROTECTION FROM WATER AND DUST





## GENERAL INTRODUCTION



Fingerprint unlock

PET light bright film

Camera window

Clip latch

Clip latch

Charging port

### ⚠ CAUTION

Follow the procedures in this user's manual to ensure your Sharks Box waterproof heavy duty case installed correctly.

**IMPORTANT:**
Prior to water exposure, the following procedures must be adhered to:
- Water Test
- Phone Installation

**AFTER MAJOR IMPACTS:**
Inspect the case for damage to ensure complete closure after impact.

## WATER TEST

This test checks that all the seals and the case are working properly. DO NOT INSTALL PHONE INTO THE CASE BEFORE WATER TEST

### STEP 1
Check seals are clean and in-place on the case.



### STEP 2
Close the case and fasten it by clip latch.



Close

### STEP 3
Fully submerge the case underwater, weight it down for one hour.



60 Min

### STEP 4
After one hour, remove the case from water and check if the case is completely dry inside.



YOU MAY START INSTALLING THE PHONE INTO THE CASE AFTER WATER TEST PASSED.

## PHONE INSTALLATION

### STEP 1
Make sure case interior is clean and dry.



### STEP 2
Place phone into the case.



### STEP 3
Close the case and fasten it by clip latch.



## EVERYDAY CARE CHECK LIST:

☑ **KEEP SEALS CLEAN AND DRY**
Always ensure all the case seals are clean and dry before closing it.

☑ **REGULAR WATER TEST**
Perform water test without phone at regular interval and after major impacts.

☑ **RINSE WITH FRESH WATER AFTER USE**
Rinse the case thoroughly with fresh water after exposing to chemicals including soap, detergent and chlorine.

☑ **CHECK SEALS AFTER MAJOR IMPACTS**
After major drops or impacts, inspect case for any damage and ensure all seams are closed properly.

Made in China

