











New LifeProof FRE Series Wat...    ×

← → C    ⟳    ⓘ www.ebay.com/itm/272470521103?_trksid=p2057872.m274...    ⊖ ☆    ⋮

Description    Shipping and payments    Report item

eBay item number: 272470521103

Seller assumes all responsibility for this listing.
Last updated on  Dec 01, 2016 20:02:57 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Compatible Brand: | For Apple |
| Compatible Model: | For iPhone 6/6S | Brand: | LifeProof |
| MPN: | Does Not Apply | Type: | Fitted Case/Skin |
| Features: | Waterproof | Design/Finish: | Transparent |
| Material: | Plastic / Rubber | Model: | For iPhone 6/6S |
| Country/Region of Manufacture: | China | | |

**hsw_store_phoneacc**
hsw_store (1143 ★)  98.2%
✉ Sign up for newsletter

Search within store...    🔍

Visit Store:  hsw_store_phoneacc

Hi aribabi2466. If you like what you see, browse my Store to find more items you may love.
Items On Sale | For iPhone | For Nokia | For ZTE | For LG | For Apple

### Categories

Cell Phones & Accessories    ›

Computers/Tablets & Networking    ›

Other    ›

### Item Description

The Lifeproof Fre series cell phone case for iPhone 6 will keep your phone fully safe and protected in the harshest environments. In addition to being waterproof, the Fre case boasts a scratch protector to completely safeguard the iPhone touchscreen, while staying virtually invisible to the eye.

**Features**

- Completely shockproof, dirt proof, snow proof & waterproof up to 2 Meters
- Thin and lightweight, sleek and slim
- Built-in scratch proof Screen protector
- Complete access to all ports, features and functions

**Specifications:**

- Color: Black/white/Wine Red/Blue
- Case Types: Hard Shell Cases, Two-Piece Cases, Waterproof Cases
- Compatibility: For iPhone 6 / 6S

**Package Contents:**
LifeProof Case, Headset Adapter,

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

javascript:;





**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #9CK57734GB318321W)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | New LifeProof FRE Series WaterProof Dust Proof Hard Case For iPhone 6 / 6S 4.7" (Black) Item # 272470521103 | | $27.99 USD |
| | | Amount | $27.99 USD |

Order Description: Shopping Cart
Item Total: $27.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$27.99 USD
Fee amount: $0.00 USD

Net amount: -$27.99 USD
Date: Dec 1, 2016
Time: 13:46:27 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Ariana Sykee
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 邓子猛 (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: hsw_store
Seller's Email: hongshengweishangmao@outlook.com

Funding Type: PayPal Funds
Funding Source: $27.99 USD - PayPal Account

Tracking Number: LK094764526CN
Carrier: USPS
Order Status: Shipped (Dec 2, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an











New Otterbox Purple Defende ×                                                                Damon

C  ⓘ www.ebay.com/itm/112244102836?_trksid=p2057872.m2749.l2...  ⚲ ☆  ⋮

**Description**      **Shipping and payments**                                                    Report item

Seller assumes all responsibility for this listing.

eBay item number: 112244102836

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Compatible Brand: | For Apple |
| MPN: | defender case | Compatible Model: | For iPhone 6, For iPhone 6s |
| Brand: | OtterBox | | |

## New!! Otterbox Defender Case for Iphone 6/6s *(USPS SHIPPING DELIVERY TIME 3-7 DAY)*

**Description:**

The  Defender Case provides heavy duty protection from rough treatment in the worst environments for your Iphone 6/6s  . The Defender Case defends against drops, dust and damage without taking away from the interaction of the mobile device's features. The Defender case is made of clear protector membrane, high-impact polycarbonate shell and durable silicone.

Fits Iphone 6  & iPhone 6s
Includes: defender case with built in screen protector

**Features:**
Coating on outside of touch screen membrane resists finger prints
New material used for touch screen membrane eliminates static, bubbles, and "oil slick" appearance
Inner felt liner cushions your device
Textured silicone exterior for improved grip

**Details:**

- Rugged multi-layered case withstands drops, bumps and shocks
- Built-in screen protector prevents scratches
- Silicone port covers keep out dust and debris
- Belt clip holster/ kickstand included

**What Comes In Package:**
1x Purple/Teal Defender
1x Holster Clip

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

No ratings or reviews yet          Be the first to write a review.





PayPal Website Payment Deta ×    Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/webscr?c...

**Express Checkout Payment Sent (Unique Transaction ID #3YS67920JR524432M)**

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | New Otterbox Purple Defender Case & Belt Clip Holster for Apple iPhone 6/6S 4.7"<br>Item # 112244102836 | | $15.85 USD |
| | | Amount | $15.85 USD |

Order Description: Shopping Cart
Item Total: $15.85 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$15.85 USD
Fee amount: $0.00 USD

Net amount: -$15.85 USD
Date: Dec 23, 2016
Time: 12:28:18 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: yao biquan   (The recipient of this payment is Non-U.S. - **Verified**)
Seller's ID: hubeimx607096_2
Seller's Email: hubeimx607096@yeah.net

Funding Type: PayPal Funds
Funding Source: $15.85 USD - PayPal Account

Tracking Number: 9400116901681202620257
Carrier: USPS
Order Status: Shipped (Dec 27, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you













Waterproof TPU Case Shockp ×

Damon

ⓘ www.ebay.com/itm/262714335962?_trksid=p2060353.m27...

• 8 Color: Black/White/Black&White/Rose Red/Green/Sky Blue/Gold/Transparent.

**Multi-function:**

1. Daily application: kitchen, spa bathroom, rainy days, etc.

2. Outdoor Application: travel, hiking, cross-country skiing

3. Water Application: rafting, surfing, swimming, diving, etc.

4. Operating Application: outdoor surveying, well drilling workers, etc.

**Package includes:**

• 1pc x Waterproof TPU Case

**Payment:**
We only accept payment via paypal.
Credit card payment can also be made via paypal. Please kindly inform us if you want to use other payment methods,Thanks for your understanding!
**Shipping:**
All the items will be dispatched within 1 business day after the payment is clear. Items will arrive in 7-12 business days.The arrival time depends on some factors and different areas
**Terms of sales:**
1. This product has a 30-days warranty.
2. Our warranty does not extended to any products that are physically damaged or that are not under normal operating conditions as a result of misuse or improper installation on the buyer/user's part.
3. For all returned products, buyers MUST contact us for the returning address.
4. In all cases, buyers should pay shipping fees at their own cost to return products for exchange or refund. We will be responsible for the postage of replacements. Refund will be made upon receipt of the returned item.
**About us:**
ipartshop is an online/retail store based in HongKong. Our main goal is to provide our customers the best products at an affordable price, with fast shipping and the best customer service. Thank you for shopping!
You are welcome to come into our store anytime.
**Contact us:**
Feedback is very important to us. Once you are satisfied with the item you received please leave us a positive and 5 scores DSR. We will do the same for you.
-If in any case, you are not satisfied with the item you received, please contact us and we will do our best to help. Please do not leave us a negative or neutral feedback before allowing us to solve the issue.

We recommend your store

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Explore more options: Compatible Model

| iPhone 6s | More | iPhone 6s Plus | More | Apple Iphone 6 | More |





PayPal Website Payment Deta ×

Damon

PayPal, Inc. [US] https://history.paypal.com/webscr?cmd=_h...

**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #9F726401KU4833911)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Waterproof TPU Case Shockproof Lifeproof Cover Skin For iPhone 7/6S/6/5S/SE (Black,For iPhone 6 4.7") Item # 262714335962 | | $5.99 USD |
| | | Amount | $5.99 USD |

Order Description: Shopping Cart
Item Total: $5.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$5.99 USD
Fee amount: $0.00 USD

Net amount: -$5.99 USD
Date: Nov 11, 2016
Time: 19:22:46 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Patrick Cunningham
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 广州樑度贸易有限公司    (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: ipartshop
Seller's Email: ouyonghong@gmail.com

Funding Type: PayPal Funds
Funding Source: $5.99 USD - PayPal Account

Tracking Number: LK072929492CN
Carrier: USPS
Order Status: Shipped (Nov 14, 2016)

Description: Shopping Cart



PayPal Website Payment Deta...  ×                                          Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/webscr?cmd=_h...  ⊖ ☆  ⋮

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Waterproof TPU Case Shockproof Lifeproof Cover Skin For iPhone 7/6S/6/5S/SE [Black,For iPhone 6 4.7"] Item # 262714335962 | | $5.99 USD |
| | | Amount | $5.99 USD |

Order Description: Shopping Cart
Item Total: $5.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$5.99 USD
Fee amount: $0.00 USD

Net amount: -$5.99 USD
Date: Nov 11, 2016
Time: 19:22:46 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Patrick Cunningham
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed 🔽

Payment To: 广州梯度贸易有限公司  (The recipient of this payment is Non-U.S. -
Verified)
Seller's ID: ipartshop
Seller's Email: ouyonghong@gmail.com

Funding Type: PayPal Funds
Funding Source: $5.99 USD - PayPal Account

Tracking Number: LK072929492CN 🔽
Carrier: USPS
Order Status: Shipped (Nov 14, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you
attempt to resolve issues directly with the seller whenever possible.

Return to Log













**WHY BUY FROM US**

•

1,High Quality, with more gift:

* Free 2015 Fashion LED Watch

* Free Cute piggy kickstand

* Nice Retails Package bag

Perfect as gift or drop shipping.

**2,If you're not satisfied, we don't expect you to pay, just contact us we will offer solution in 1 working day. That's our commitment & your guarantee.**

- 3,Ship from our Local warehouse in Rosemead CA USA with Tracking number.

- 4,We have uploaded a pictures with all available 8 Colors, with **retails package bag.**

## Features:

Built-in scratch protector for total touch screen defense
Anti-reflective optical-glass camera lens
Clear window showcases the Apple logo
Slim, sleek profile follows iPhone's precision lines

One case with Four Proof:

1. **Waterproof**: This protection goes deeper than accidental spills and splashes,your iPhone 6 is safe in, on and under water

2. **Snowproof**: Keeps water and dirt out, perfect for blocking snow, ice; Take you phone out into the wilds of winter without worry

3. **Dirtproof**: The outstanding water protection also blocks dust and dirt, you can use your phone in the field, at the beach and anywhere

4. **Shockproof**: Military drop specs to protect your phone from the mostly common mishap.

**Compatible with:**
For Apple iPhone 6S / iPhone 6 4.7" Verizon / Sprint /AT&T /T-Mobile / Verizon
For Apple iPhone 6S PLUS / / iPhone 6 plus 5.5 " Verizon / Sprint /AT&T /T-Mobile / Verizon

Please choose the model which suitable for your phone

**Package included:**
1x Waterproof Hard Case
1x LED Watch(color in ramdon)
1x Cute piggy kickstand(color in ramdon)

**Please note:**

1.When on the phone, the sounds may be a little lower than you expect, because for the waterproof case is designed
to be tightly shut, the volume on your phone may be lower than usual which is normal with these any Waterproof case.

2.The Fingerprint works on iPhone 6 plus / 6s plus 5.5", only not with iPhone 6/6s - Any other phone feature works on both phone.

3. Highly suggest that you should **test waterproof performance of the casebefore using it on your phone** and make sure that you know the right way to use the case.





**Transaction Details**

**Express Checkout Payment Sent** (Unique Transaction ID #1PE20905R41298222)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | WATERPROOF SHOCKPROOF DIRT PROOF LIFE PROOF CASE COVER FOR APPLE IPHONE 6/6 PLUS [White,For Apple iPhone 6S] Item # 331792306988 | | $8.68 USD |
| | | **Amount** | $8.68 USD |

**Order Description:** Shopping Cart
**Item Total:** $8.68 USD
**Sales Tax:**
**Shipping:** $0.00 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$8.68 USD
**Fee amount:** $0.00 USD

**Net amount:** -$8.68 USD
**Date:** Dec 5, 2016
**Time:** 11:09:09 PST
**Status:** Completed

**Insurance:** $0.00 USD
**Status:** Completed

**Shipping Address:** Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

**Payment To:** HOU TING  (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** joliesanz
**Seller's Email:** ting.med01@yahoo.com

**Funding Type:** PayPal Funds
**Funding Source:** $8.68 USD - PayPal Account

**Tracking Number:** 9400110899495032191405
**Carrier:** USPS
**Order Status:** Shipped (Dec 6, 2016)

**Description:** Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an







THE NEW CASE

# Liberwill
*Mobile Phone Case*

## ACCESSORIES

**LEATHER CASE / HARD SOFT CASE**

Fashion Leather Case / High Impact Combo Case, Custom fit and easy operation. Made of high quality PU leather/durable hard PC plastic TPU Silicone Gel. Smooth to touch, shockproof and protect your phone from scratches, dusts and bumps.

**SCREEN PROTECTOR**

Ultra thin and optically clear without blocking your view anti scratch coating provides instant protection from fingerprints scratches and dusts easy to remove with no sticky residue

**WATERPROOF BAG**

Outer packing bag is made of pvc waterproof material. Suitable for going outside or a vacation like beach sports,water sports,hunting. Convenient carry and provide outer waterproof for your phone.







# Installation Steps

Step 2: Use the Opener between rear cover and case(location above pic.) to Lift up back cover

Step 3: Holding the Latch shaft to open the rear cover





Processing Time of Issues

For any questions, try eBay messenger, we will solve it in 1 working day. If you open a case directly by eBay messenger, low rated feedback, eBay and PayPal need more than 3 to 6 days to solve it.

thank you

| Issues/Processing time | By Message | Open Case |
|---|---|---|
| Products | 1 working day | 3~6 working day |
| Shipping | 1 working day | 3~6 working day |
| Other Issues | 1 working day | 3~6 working day |

# Processing Time of Issues

For any questions,
If you contact us directly by eBay messenger, we will solve it in 1 working day;
If you open a case or leave low rated feedback, eBay and PayPal
need more than 3 to 6 das to solve it.

| Issues\Processing time | By Message | Open Case |
|---|---|---|
| Products | 1 working day | 3~6 working day |
| Shipping | 1 working day | 3~6 working day |
| Other Issues | 1 working day | 3~6 working day |

## thank you

# Thanks for choosing us

You can find the free gift in the package. We strive to make your transaction a pleasant experience. It would encourage us to do even better if you could leave us a positive 5-Star Rating. We will do the same for you.

If you have any problems, please contact us immediately by eBay messenger before leaving a negative/neutral feedback or opening a case. We will response in 1 working day and make every effort for 100% satisfaction, such as an exchange, return or refund, much faster than eBay and PayPal.





# Installation Steps







Step 1: Open the Plug in the bottom of the case

Step 2: Use the Opener between rear cover and case(location above pic.) to Lift up back cover

Step 3: Holding the Latch shaft to open the rear cover







Step 4: Put your phone on the case, lightly press the phone

Step 5: Close the rear cover

Step 6: Press the right side of back cover







Step 7: Press the left side of back cover, make the back cover flat

Step 8: Close the Plug on the bottom

Step 9: Install Complete



Put the phone into the case, press the four corners of the phone to
match the inner rubber and the volume control buttons of the case.

The Back cover lifted, not be pressed well and not
*made flat as a straight line*

The Back cover flat, be press well in a straight line



















**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #1Y573967PF7136532)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Waterproof Shockproof LifeProof Full TPU Case Cover For Apple iPhone 6s 7 7 Plus [White,For Iphone6s Plus] Item # 142115157930 | | $7.99 USD |
| | | Amount | $7.99 USD |

Order Description: Shopping Cart
Item Total: $7.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.99 USD
Fee amount: $0.00 USD

Net amount: -$7.99 USD
Date: Dec 5, 2016
Time: 11:01:35 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 洪泽武 (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: kczewu
Seller's Email: kc_zewu@Hotmail.com

Funding Type: PayPal Funds
Funding Source: $7.99 USD - PayPal Account

Tracking Number: 9374869903501326790300
Carrier: DHL Express
Order Status: Shipped (Dec 7, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you



Otterbox

Kczewu

ALBEE QI
16046 KAPLAN AVE
CITY OF INDUSTRY CA 91744-3148



EXP 43

t70          ORD 3 - 7
              60804

PS LIGHTWEIGHT

C014

Diana Kennings
230 S. Clark Street STE 552
CHICAGO IL 60604-1406

0101537_5.5_WH

**USPS TRACKING # eVS**



9374 8699 0350 1326 7903 00



Works with
Touch ID          Compatible
                  avec Touch ID   PULL ▶



Works with
Touch ID



Compatible
avec Touch ID  PULL ▶







Shockproof Waterproof LifeP ×

C · ⓘ www.ebay.com/itm/122280796923?_trksid=p2057872.m2749.l2... · Q · ☆ · ⋮

Damon

Description · Shipping and payments · Report item

eBay item number: 122280796923

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, ... Read more | Type: | Fitted Case/Skin |
| Model: | For iphone 6/6s/6 plus/6s plus/5/5s/SE | Compatible Brand: | For Apple |
| Features: | Waterproof, Shockproof | MPN: | Does Not Apply |
| Country/Region of Manufacture: | China | Brand: | Unbranded/Generic |
| Model1: | For iPhone6; iPhone6s 4.7'' | Material: | TPU + PC |
| Model2: | For iPhone6 Plus 5.5''; iPhone 6s Plus 5.5'' | Design/Finish: | Matte, Plain |















PayPal Website Payment Deta ×

Damon

🔒 PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/webscr?c...

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #9T3161404T7175500)

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Shockproof Waterproof LifeProof Case Dustproof Cover TPU For iPhone 5s 6s 7 Plus [For iphone 6 4.7",Blue] Item # 122280796923 | | $9.89 USD |
| | | Amount | $9.89 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $9.89 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$9.89 USD |
| Fee amount: | $0.00 USD |

| | |
|---|---|
| Net amount: | -$9.89 USD |
| Date: | Dec 23, 2016 |
| Time: | 12:26:16 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings 230 S. Clark Street STE 552 Chicago, IL 60604 United States Confirmed |

| | |
|---|---|
| Payment To: | 黄 宝玲 (The recipient of this payment is Non-U.S. - Verified) |
| Seller's ID: | lovely-malls |
| Seller's Email: | lovelyshops@outlook.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $9.89 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | LK117725315CN |
| Carrier: | USPS |
| Order Status: | Shipped (Dec 23, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an















## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #1RD801343H213730P)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | New LifeProof FRE Series WaterProof Dust Proof Hard Case For iPhone 6 / 6S 4.7" [Black] Item # 222330268229 | | $27.99 USD |
| | | Amount | $27.99 USD |

Order Description: Shopping Cart
Item Total: $27.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$27.99 USD
Fee amount: $0.00 USD

Net amount: -$27.99 USD
Date: Nov 29, 2016
Time: 20:24:42 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Ariana Sykee
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 刘桂华 (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: luxury_jewelry09
Seller's Email: guihualiu@outlook.com

Funding Type: PayPal Funds
Funding Source: $27.99 USD - PayPal Account

Tracking Number: LK092756558CN
Carrier: USPS
Order Status: Shipped (Nov 30, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an



















PayPal Website Payment Deta ×          Damon

⟳  🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...  ⚲ ☆  ⋮

**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #2TV09049WP3033158)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Waterproof Dust Shockproof Lifeproof Rubber TPU Case Cover For iPhone 7 &7 Plus [Black,For Apple iPhone 7] Item # 252550875947 | | $7.99 USD |
| | | Amount | $7.99 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $7.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$7.99 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$7.99 USD |
| Date: | Dec 5, 2016 |
| Time: | 11:06:33 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings |
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed |

| | |
|---|---|
| Payment To: | 洪泽伟   (The recipient of this payment is Non-U.S. - Verified) |
| Seller's ID: | max-logy |
| Seller's Email: | maxlogy@163.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $7.99 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | 9374869903501329170321 |
| Carrier: | DHL Express |
| Order Status: | Shipped (Dec 7, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you



Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

Otterbox
max-logy

ALBEE QI
16046 Kaplan ave
CITY OF INDUSTRY CA 91744-3148

EXP 43
t70

US Postage PAID
Cdale Mail
eVS
ORD 3 - 7
60604

PS LIGHTWEIGHT

C014

Diana Kennings
230 S. Clark Street STE 552
CHICAGO IL 60604-1406

0101537_I7_BK

**USPS TRACKING # eVS**



9374 8699 0350 1329 1703 21



0101537_I7_BK

















Black Waterproof Lifeproof U... ×    Damon

ⓘ www.ebay.com/itm/401176587269?_trksid=p2057872....

**Description**

Features:
1.100% Generic new and good quality waterproof case.
2.Made of high quality TPU (Thermoplastic polyurethanes) & PC & PET.
3. Fashionable and durable design makes it much more safer and well protect your Samsung Galaxy Note 7.
4. Designed to fit the Samsung Galaxy Note 7.
5.Slim, sleek silhouette stays true to your Phone's precision design.
6.waterproof to military standards survives drops from up to 6m.
7.Enhanced speaker ports deliver maximum acoustic output and clarity.
8.Color:Black

Note:Highly suggest that you can test the case before using it on your Samsung Galaxy Note 7, and make sure that you know the right way to use the case.Thank you!

**Package Include**

1 x Waterproof Case for Samsung Galaxy Note 7
1 x Black Phone Strap (Free Gift)

**Contact Us    Shipping Policy    Payment    Return&Warranty**

1. We have alwaysbeen trying to provide the best service and reliable products for every customer, however, accident may happen sometimes, please contact us to resolve any issue before leaving a negative feedback.
2. We will reply you ASAP. If no response within 24 Hours, please check the spam in your mail box.
3. Our aim is to provide Top Level Customer Service, normally so we will try our best to solve any problem.
4. Please contact us by "Ask a question".

New Hybrid Shockproof Hard Rubber Protective Case Cover For Samsung Galaxy Model
**$3.99**
Buy It Now

Swimming Waterproof Shockproof Phone Case Cover For Samsung Galaxy S7 / S7 Edge
**$8.99**
Buy It Now

For Samsung Galaxy S7/S7 Edge Leather Wallet Card Holder Flip Dual Case Cover
**$6.99**
Buy It Now



New Hybrid Shockproof Hard Rubber Protective Case Cover For Samsung Galaxy Model
**$3.99**
Buy It Now

Swimming Waterproof Shockproof Phone Case Cover For Samsung Galaxy S7 / S7 Edge
**$8.99**
Buy It Now

For Samsung Galaxy S7/S7 Edge Leather Wallet Card Holder Flip Dual Case Cover
**$6.99**
Buy It Now

**Description**

Features:
1.100% Generic new and good quality waterproof case.
2.Made of high quality TPU (Thermoplastic polyurethanes) & PC & PET.
3. Fashionable and durable design makes it much more safer and well protect your Samsung Galaxy Note 7.
4. Designed to fit the Samsung Galaxy Note 7.
5.Slim, sleek silhouette stays true to your Phone's precision design.
6.waterproof to military standards survives drops from up to 6m.
7.Enhanced speaker ports deliver maximum acoustic output and clarity.
8.Color:Black

Note:Highly suggest that you can test the case before using it on your Samsung Galaxy Note 7, and make sure that you know the right way to use the case.Thank you!

**Package Include**

1 x Waterproof Case for Samsung Galaxy Note 7
1 x Black Phone Strap (Free Gift)

**Contact Us    Shipping Policy    Payment    Return&Warranty**

1) Items are dispatched within 24 hours(except weekends and holidays) and shipped from US.
2) Orders from the United States will all be shipped out via USPS. The shipment usually takes 3-7 business days(Saturday and Sunday excluded), if you need the item urgently, please contact us for detail before purchase.
3) Local pick up is not available.
4) Customers in Porto Rico, Alaska and Hawaii are recommended to contact us for shipping details(shipping cost&time) before placing an order.



Black Waterproof Lifeproof Un ×

www.ebay.com/itm/401176587269?_trksid=p2057872....

Damon

New Hybrid Shockproof Hard Rubber Protective Case Cover For Samsung Galaxy Model

$3.99

Buy It Now

Swimming Waterproof Shockproof Phone Case Cover For Samsung Galaxy S7 / S7 Edge

$8.99

Buy It Now

For Samsung Galaxy S7/S7 Edge Leather Wallet Card Holder Flip Dual Case Cover

$6.99

Buy It Now

**Description**

Features:
1.100% Generic new and good quality waterproof case.
2.Made of high quality TPU (Thermoplastic polyurethanes) & PC & PET.
3. Fashionable and durable design makes it much more safer and well protect your Samsung Galaxy Note 7.
4. Designed to fit the Samsung Galaxy Note 7.
5.Slim, sleek silhouette stays true to your Phone's precision design.
6.waterproof to military standards survives drops from up to 6m.
7.Enhanced speaker ports deliver maximum acoustic output and clarity.
8.Color:Black

Note:Highly suggest that you can test the case before using it on your Samsung Galaxy Note 7, and make sure that you know the right way to use the case.Thank you!

**Package Include**

1 x Waterproof Case for Samsung Galaxy Note 7
1 x Black Phone Strap (Free Gift)

**Contact Us    Shipping Policy    Payment    Return&Warranty**

1. All payments must be prepaid.
2. We only accept payment via Paypal. Please kindly check if you can do the payment via PayPal before placing an order.

javascript:void(0)



Black Waterproof Lifeproof U... ×    Damon

ⓘ www.ebay.com/itm/401176587269?_trksid=p2057872....

New Hybrid Shockproof Hard Rubber Protective Case Cover For Samsung Galaxy Model
**$3.99**
Buy It Now

Swimming Waterproof Shockproof Phone Case Cover For Samsung Galaxy S7 / S7 Edge
**$8.99**
Buy It Now

For Samsung Galaxy S7/S7 Edge Leather Wallet Card Holder Flip Dual Case Cover
**$6.99**
Buy It Now

**Description**

Features:
1.100% Generic new and good quality waterproof case.
2.Made of high quality TPU (Thermoplastic polyurethanes) & PC & PET.
3. Fashionable and durable design makes it much more safer and well protect your Samsung Galaxy Note 7.
4. Designed to fit the Samsung Galaxy Note 7.
5.Slim, sleek silhouette stays true to your Phone's precision design.
6.waterproof to military standards survives drops from up to 6m.
7.Enhanced speaker ports deliver maximum acoustic output and clarity.
8.Color:Black

Note:Highly suggest that you can test the case before using it on your Samsung Galaxy Note 7, and make sure that you know the right way to use the case.Thank you!

**Package Include**

1 x Waterproof Case for Samsung Galaxy Note 7
1 x Black Phone Strap (Free Gift)

**Contact Us    Shipping Policy    Payment    Return&Warranty**

Return:
1, This product comes with 30-Day Money Back Guarantee.
2, If you receive an item and it doesn't work properly or you don't like it because of any reason at all, we have a 100% refund/return policy. We will ship you a new item or refund your money for the full sale amount.
3, For all returned products, buyers MUST contact us for the returning address.

Warranty:
1, Warranty will be valid for 12 months against manufacturing defect.
2, The warranty shall not apply to the following circumstances:
a) Damage caused by undue ware&tear,misuse, improper installation or operation, neglect,accidents.
b) Damage caused by natural disaters,flood fire,lightning or pollution.
c) If item was opened, any parts removed or repaired by any unauthorized person.
d) If damaged parts is the TFT screen or the screen has less than 3 dead pixels.
e) No warranty will be given for incomplete warranty card.





PayPal Website Payment Deta ×

🔒 PayPal, Inc. [US] https://history.paypal.com/us/cgi-bin/web...

Damon

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #1N664501749511245)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Black Waterproof Lifeproof Underwater Phone Case Cover for Samsung Galaxy Note 7 Item # 401176587269 | | $7.99 USD |
| | | Amount | $7.99 USD |

**Business Contact Information**

Customer Service Email: multifunction1002@yahoo.com
Customer Service Phone: +86 075529991002

Order Description: Shopping Cart
Item Total: $7.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.99 USD
Fee amount: $0.00 USD

Net amount: -$7.99 USD
Date: Dec 5, 2016
Time: 11:06:35 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ?

Payment To: Shenzhen ATC Network Scienology Co., Ltd   (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: multi-function1002
Seller's Email: multifunction1002@yahoo.com

Funding Type: PayPal Funds
Funding Source: $7.99 USD - PayPal Account

Tracking Number: 9274890113694022713442 ?



PayPal Website Payment Deta ×

Damon

PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...

**Business Contact Information**

| | |
|---|---|
| Customer Service Email: | multifunction1002@yahoo.com |
| Customer Service Phone: | +86 075529991002 |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $7.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$7.99 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$7.99 USD |
| Date: | Dec 5, 2016 |
| Time: | 11:06:35 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings |
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed |

| | |
|---|---|
| Payment To: | Shenzhen ATC Network Scienology Co., Ltd   (The recipient of this payment is **Non-U.S. - Verified**) |
| Seller's ID: | multi-function1002 |
| Seller's Email: | multifunction1002@yahoo.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $7.99 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | 9274890113694022713442 |
| Carrier: | USPS |
| Order Status: | Shipped (Dec 6, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log

Help   Contact   Security

© 1999-2016 PayPal. All rights reserved.   |   Privacy   Legal   Policy updates



Hi Diana! ▾ | Daily Deals | Gift Cards | Sell | Help & Contact | The Right Gifts, Right Here | My eBay

Shop by category ▾ | Search... | All Categories ▾ | Search | Advanced

Home > My eBay > Order details

## Order details

Printer friendly page

Sold by **multi-function10...** ( 490601 )

+ Show additional actions



🚚 FAST 'N FREE

✓ Delivered on **Thursday, Dec 8, 2016**          - Hide shipping details

| ✓ Shipping info received | ✓ In transit | ✓ Delivered |

| Last scanned date | Thursday, Dec 8, 2016 | Shipping status | Delivered |
| Package location | CHICAGO , IL | Shipping carrier | USPS |

Tracking number    9274890113694022713442

Delivery message    DELIVERED FRONT DESK/RECEPTION

See Full tracking history

**Black Waterproof Lifeproof Underwater Phone Case Cover for Samsung Galaxy Note 7**

| Item price | $7.99 |
| Quantity | 1 |
| Item number | 401176587269 |
| Shipping service | Standard Shipping |

Leave feedback

Contact seller

Return item

### Shipping address

**Diana Kennings**
230 S. Clark Street STE. 552
Chicago IL 60604
United States

### Order total

| Subtotal | $7.99 |
| Shipping | Free |

| Total |  |
| **$7.99** |  |

View PayPal transaction



Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

## Recently viewed items 1/5

Feedback on our suggestions



new! Men 's jeans
thickening plus cas...
$9.37
Buy It Now



Lady Fashion Gold
+Black Stud Earring...
$1.98
Buy It Now
Free shipping



Pro Automatic Electric
Hair Curler Cu...
$27.86 💛
Buy It Now

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

Otterbox
multi-function1002







# WATER PROOF CASE

I-101        

introduction:

1　We can be having a call,listening to music,fiming,playing
　 a game,sending a message but 6meters underwater.
2　Depth up to 6 meters.
3　It can be underwater up to 3 hours.
4　The product is used to protect the phone of all those people
　 who like to play water sports,this is convenient because it can
　 bring bussines information to them while they are enjoying their
　 activities in the water.
5　The product is dustproof,shock proof and protect your phone
　 from dropping.And it will become a necessity for each travel,it has
　 many advantages
6　100%waterproof.

Use of place:

1　When we are swimming at the beach,we can take photos to remember the time, let the moment become good
　 memory,and at the same time we can also play a game,listen to music and so on,100%water proof.We don't have to
　 worry anymore if it gets wet.
2　For people that love to dive and professional photo graphers, the phone can reach 6 meters underwater to take
　 the picture as a souvenir of as a professional shot. 100%water proof.
3　When we surf and when we go skiing,we can go trough a wave,film the momento and not worry about anything
　 because this prouduct is rain-waterproof,so this means.It won't affect any telephone message while we are having a joy time.
4　Since it's shockproof,dropproof,dustproof,It can also be used by construction workes and fishermen.And it
　 will cover each of our necessities
5　Talking about natural disasters,if we are surprised by a natural flood,we can definitely call first aid because the
　 phone won't stop working, it can even become the preferred product between the flood volunteers.100%waterproof.

About the material:

The product is molded by using imported environmental PC material and the international environmental TPE material.
Precision mold,unique design,absolutely waterproof.



**IP-68 Qualified**

















Fingerprint Waterproof Shock ×                                          Damon

C   ⓘ www.ebay.com/itm/401181053063?_trksid=p2060353.m2...  ⚲ ☆   ⋮

**Description**   **Shipping and payments**                              Report item

eBay item number: 401181053063

Seller assumes all responsibility for this listing.
Last updated on  Dec 07, 2016 18:50:39 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Type: | Fitted Case/Skin |
| Features: | Water Resistant, Waterproof, Shockproof, Clear Sound, for Swimming, Dust/Dirt Proof, Snow Proof, Support Touch ID, Fingerprint, Sensitive Touch Screen Function | Compatible Brand: | For Apple |
| Design/Finish: | Glossy, Matte, Patterned, Plain | Brand: | Unbranded/Generic |
| Special Design No.1: | Real Waterproof Case for Swimming | Country/Region of Manufacture: | China |
| Special Design No.2: | Support Touch ID, Fingerprint | MPN: | For iphone 5 5s Waterproof Case Dirt Shockproof |
| Special Design No.3: | High Sensitive Touch Screen Function | Material: | PET + PC |
| Special Design No.5: | High Quality, 90 days Warranty | Model: | Redpepper Brand Case |
| Fast Fulfillment: | YES | | |

Waterproof Case Dirt Shockproof Fingerprint Scanner Full Cover For iPhone 5 5s

Waterproof silicone button

Lanyard hole

Camera



Volume button    Mute Button

## DESCRIPTION

Features:

- Brand new and high quality.
- Fashionable and durable design can well protect your iPhone and keep the screen open for direct touch.
- You can use your iPhone fluently when your phone in the case.
- Tough poly-carbonate frame, scratch resistant water proof screen protector.
- The case has completely re-engineered speaker ports to deliver maximum acoustic output and sound clarity.
- Sound enhancement system, allows you to get the loudest music and movies.
- Waterproof: Fully submersible to 6.6' / 2M for 30 minutes.
- Dirt Proof: Sealed from dirt & dust particles.
- Snow Proof: Sealed from snow & ice.
- Shock Proof: Withstands drops from 6.6' / 2M.
- Function: Waterproof, Shockproof, Snowproof, Dirt Proof, Fingerprint Identification.

Function: Waterproof, Shockproof, Snowproof, Dirt Proof
Water-Resistance: IP-68
Dirt-Resistance: IP-68
Snow-Resistance: IP-68



🛍 Fingerprint Waterproof Shock ✕     Damon

ⓘ www.ebay.com/itm/401181053063?_trksid=p2060353.m2...

# DESCRIPTION

Features:

– Brand new and high quality.
– Fashionable and durable design can well protect your iPhone and keep the screen open for direct touch.
– You can use your iPhone fluently when your phone in the case.
– Tough poly-carbonate frame, scratch resistant water proof screen protector.
– The case has completely re-engineered speaker ports to deliver maximum acoustic output and sound clarity.
– Sound enhancement system, allows you to get the loudest music and movies.
– Waterproof: Fully submersible to 6.6' / 2M for 30 minutes.
– Dirt Proof: Sealed from dirt & dust particles.
– Snow Proof: Sealed from snow & ice.
– Shock Proof: Withstands drops from 6.6' / 2M.
– Function: Waterproof, Shockproof, Snowproof, Dirt Proof, Fingerprint Identification.

Function: Waterproof, Shockproof, Snowproof, Dirt Proof
Water-Resistance: IP-68
Dirt-Resistance: IP-68
Snow-Resistance: IP-68
Shock-Resistance: MIL-STD-810F-516.5
Material: PC

Package Details:
1 x Waterproof Case
1 x 3.5mm Audio Cable
1 x Hand Strap
1 x Cleaning Cloth

# SHIPPING

Orders from United States will all be shipped out via UPS or USPS. The shipment usually takes about 3-7 business days. For delivery to other countries, please email us for details.
No local pick up available.

# PAYMENT

We accept PayPal only.
For no-defective items, buyer can return the item to us for any reasons , buyer pay the return shipping fee , we will refund the purchase price, the shipping fee will not be refunded.
We will resend a new one if it arrives DOA.
Please contact us to get a returned merchandise authorization number and the return address if you want to return the item.

# HAVE A NICE DAY!





**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #9E613035CV538490J)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Fingerprint Waterproof Shockproof life proof Case Cover For iPhone 5 &5S From US [Black,For iPhone 6 6s] Item # 401181053063 | | $11.87 USD |
| | | Amount | $11.87 USD |

Order Description: Shopping Cart
Item Total: $11.87 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$11.87 USD
Fee amount: $0.00 USD

Net amount: -$11.87 USD
Date: Dec 5, 2016
Time: 11:09:19 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Contact Telephone: 312-330-4436

Payment To: 刘 磊 (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: new.accessories
Seller's Email: no-reply-for-payment-only@winhotdeals.com

Funding Type: PayPal Funds
Funding Source: $11.87 USD - PayPal Account

Tracking Number: 9200190134519204857792
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart



PayPal Website Payment Deta... ✕                                    Damon

⟳   🔒 PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...  🔍 ☆   ⋮

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Fingerprint Waterproof Shockproof life proof Case Cover For iPhone 5 &5S From US [Black,For iPhone 6 6s] Item # 401181053063 | | $11.87 USD |
| | | Amount | $11.87 USD |

Order Description: Shopping Cart
Item Total: $11.87 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$11.87 USD
Fee amount: $0.00 USD

Net amount: -$11.87 USD
Date: Dec 5, 2016
Time: 11:09:19 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Contact Telephone: 312-330-4436

Payment To: 刘 磊   (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: new.accessories
Seller's Email: no-reply-for-payment-only@winhotdeals.com

Funding Type: PayPal Funds
Funding Source: $11.87 USD - PayPal Account

Tracking Number: 9200190134519204857792
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log



Hi Diana! ▾ | Daily Deals | Gift Cards | Sell | Help & Contact    The Right Gifts, Right Here     My eBay

Home > My eBay > Order details

# Order details

Printer friendly page

Sold by **new.accessories** ( 50518 )    + Show additional actions



✓ Delivered on **Thursday, Dec 8, 2016**    - Hide shipping details

✓ Shipping info received    ✓ In transit    ✓ Delivered

| | |
|---|---|
| Last scanned date | Thursday, Dec 8, 2016 |
| Package location | CHICAGO , IL |
| Tracking number | 9200190134519204857792 |
| Delivery message | DELIVERED FRONT DESK/RECEPTION |

Shipping status    Delivered
Shipping carrier    USPS

See Full tracking history



**Fingerprint Waterproof Shockproof life proof Case Cover For iPhone 5 &5S From US**

| | |
|---|---|
| Item price | $11.87 |
| Quantity | 1 |
| Item number | 401181053063 |
| Shipping service | Standard Shipping |

Leave feedback
Contact seller
Return item

## Shipping address

**Diana Kennings**
230 S. Clark Street STE 552
Chicago IL 60604
United States

## Order total

| | |
|---|---|
| Subtotal | $11.87 |
| Shipping | Free |

**Total**    **$11.87**

View PayPal transaction

Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

## Recently viewed items 1/5

Feedback on our suggestions


new! Men 's jeans thickening plus cas...
$9.37
Buy It Now


Lady Fashion Gold +Black Stud Earring...
$1.98
Buy It Now
Free shipping


Pro Automatic Electric Hair Curler Cu...
$27.86 ⭐
Buy It Now

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ





Otterbox
new accessories

 

**IP68** | **ISO 9001**
FULLY SUBMERSIBLE TO **6.6 FEET**

redpepper case ®

**Waterproof case for iPhone 6/6s**
Applicable to 4.7 inches
*Perfect Protection !*



Fingerprint
Identification






WATER PROOF


SHOCK PROOF


SNOW PROOF


DIRT PROOF

    

## Perfect Protection !

**Waterproof case for iPhone 6/6s**



Fingerprint Identification

### WATER PROOF
*RÉSISTANT À L'EAU*

Take Redpepper surfing, swimming and snorkeling up to 2 meters underwater or just relax in the bath.

Redpepper is ultra-sleek and slim. It is designed to Military Specifications and tested to a 2 Meter drop.

### SHOCK PROOF
*RÉSISTANT AUX CHOCS*

### SNOW PROOF
*RÉSISTANT À LA POUSSIÈRE*

Ski or snowboard with confidence. Your phone is completely sealed from snow and ice.

Redpepper takes you through dirt, sand, and can withstand mud and fine construction dust.

### DIRT PROOF
*RÉSISTANT À LA NEIGE*

**Headphone adapter cable**



Also Includes headphone adaptor for use any weather

www.redpepper-case.com
www.redpepper.cn

Share your Redpepper stories here :

   

Designed by Redpepper Cases , USA
Made in China
Patents Pending

    



8 519190 035799



**CONTAINS**

x1 Case
x1 Microfiber
Cleaning cloth
x1 Jack cover
Keeper
x1 Headphone
adapter

for iPhone 6
4.7 in

Redpepper

case

®



# Waterproof case for iPhone 6/6s

*Perfect Protection !*



Convenient to open the protection shell.

Clear sound quality, listen to music or talk.

Waterproof, Dustproof cable plug.

Hang rope interface.

Hot shape non-slip design.

Life longer power button.

Excellent transparent lens, Make photo more clearly.

Bracket design, Can watch a movie or facetime.

## SIX LEVELS OF REDPEPPER PROTECTION

 Waterproof up to 6.6 ft (2 meters) underwater.

 Fully sealed even from the most minute dust particles.

 Designed and tested to withstand shocks and drops up to 6.6 ft (2 meters).

 Crystal Clear anti-reflective optical lense for high quality pictures and video.

 Sound enhancement system for clear audio quality.

 Ultra flat screen protection, giving you full functionality.

www.redpepper-case.com
www.redpepper.cn



Waterproof case for iPhone 6/6s

*Perfect Protection !*