

















**Descriptions**

**Compatible with:**
Apple iPhone 6S 4.7" / Verizon / Sprint /AT&T /T-Mobile / Verizon
Apple iPhone 6S Plus 5.5" / Verizon / Sprint /AT&T /T-Mobile / Verizon
Apple iPhone 5 5S / Verizon / Sprint /AT&T /T-Mobile / Verizon
Apple iPhone SE / Verizon / Sprint /AT&T / T-Mobile / Verizon

Note: Please test the waterproof performance of the case before using it with your phone.

**Features:**
1) Condition: 100% New
2) Design: PC+Tpu+Waterproof PET back case
3) Material: Made from high quality PC Can Waterproof
4) Soft rubber material to protect your iphone hurt from scratches,dirt and bumps
5) Easy snap on/off installation
6) Precisely cut openings to allow full access to all the functions of your phone
7) perfect to use in any outdoor activities with the convenient strap
Color:Mint Green, Gold, Sliver and Orange (as picture)

**Package Included:**
1 x Waterproof case for Apple iPhone 6S/ 6S Plus/ SE 5 5S

**hot selling**

| Shockproof Rugged Hybrid Rubber Hard Phone Cover Case Fr Apple iPhone SE &Stylus | Waterproof Swimming Durable Case Shockproof Clear Cover for Apple iPhone SE 5S 5 | For Apple iPhone 6 S Plus Shockproof Rugged Hybrid Rubber Hard Phone Cover Case | Luxuxy Leather Magnetic Wallet Case Flip Cover For Apple iPhone 7 6 6S Plus SE 5 | Rubber Soft TPU Silicone Phone Back Case Cover for iPhone 6 6S 4.7" Plus 5.5" |
|---|---|---|---|---|
| $5.49 | $8.99 | $3.99 | $6.92 | $2.99 |

**Payment Method**

1)We accept PayPal only. (2)After you have won the auction, an email will be sent to your eBay registered email address. (3)If you are paying through Paypal using eCheck, note that your item can be shipped only after eCheck has cleared. (4)All payments are expected within 7 days after the last winning auction is closed. A non-payment dispute will be opened if full payment is not received.
(5)We only ship the item to your Paypal address for fast and accurate shipment. If you want to change the address, please add a note when you make the payment. after you have paid.

**Shipping Policy**

(1)Our shipping rates include the cost of shipping, handling, packaging and related manpower costs. (2)We are not responsible for undeliverable address. We reserve the right to charge the shipping fee again for returned items due to wrong address supplied by buyer. Any non-received items caused by invalid address registered on PayPal are not in our full refund or replacement policy. (3)Items are generally shipped out with 2 business day after your payment has been cleared (Sat. & Sun. & Public holiday excluded.) (4)Orders from United States will all be shipped out via USPS(with tracking number). The shipment usually takes 3-7 business days(Saturday and Sunday & & Public holiday excluded), if you need the item urgently, please contact us for detail before purchase. (5)Local pick up is not available.



**Payment Method**

1)We accept PayPal only. (2)After you have won the auction, an email will be sent to your eBay registered email address.
(3)If you are paying through Paypal using eCheck, note that your item can be shipped only after eCheck has cleared.
(4)All payments are expected within 7 days after the last winning auction is closed. A non-payment dispute will be opened
if full payment is not received.
(5)We only ship the item to your Paypal address for fast and accurate shipment. If you want to change the address,
please add a note when you make the payment. after you have paid.

**Shipping Policy**

(1)Our shipping rates include the cost of shipping, handling, packaging and related manpower costs. (2)We are not
responsible for undeliverable address. We reserve the right to charge the shipping fee again for returned items due to
wrong address supplied by buyer. Any non-received items caused by invalid address registered at PayPal are not in our
full refund or replacement policy. (3)Items are generally shipped out with 2 business day after your payment has been
cleared (Sat. & Sun. & Public holiday excluded.) (4)Orders from United States will all be shipped out via USPS(with
tracking number). The shipment usually takes 3-7 business days(Saturday and Sunday & & Public holiday excluded), if
you need the item urgently, please contact us for detail before purchase. (5)Local pick up is not available.

**Return & Refund policy**

(1).We fully guarantee our items. All items are in brand new condition unless specified otherwise elsewhere in the
description. (2). All returns - defective or otherwise - have to be preauthorized. Please contact us to get an authorization
and returning address before sending the item back. (3). In all cases, buyers pay shipping fees at their own cost to return
products for exchange or refund. We will be responsible for the postage of replacements. (4). Replacement will be made
upon receipt of the returned item.

**Contact Us**

If there's any problem，please do not hesitate to contact us by ebay message，we will reply you within 1 business day.
(not include Public holiday)

**Feedback**

We are transnational corporations, only strive for 5 star positive feedback and will try our best to offer the best service to
our buyer. Please email us before leaving negative feedback or open any dispute and please give us 2 business days to
resolve the complaint to your satisfaction.

On Nov-17-16 at 20:06:25 PST, seller added the following information:

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question





PayPal Website Payment Deta... ✕

Damon

⟳ 🔒 PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/web... 🔍 ☆ ⋮

**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #28101070M31219052)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Waterproof Dustproof Lifeproof Soft Full TPU Case For iPhone 5S 6S Plus SE (Black,For iPhone 6S Plus 5.5") Item # 162080465804 | | $5.99 USD |
| | | Amount | $5.99 USD |

**Business Contact Information**

| | |
|---|---|
| Customer Service Email: | sportsword50@yahoo.com |
| Customer Service Phone: | +86 75529993131 x8060 |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $5.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$5.99 USD |
| Fee amount: | $0.00 USD |

| | |
|---|---|
| Net amount: | -$5.99 USD |
| Date: | Dec 5, 2016 |
| Time: | 11:06:11 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings |
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed ? |

| | |
|---|---|
| Payment To: | Shenzhen ATC Network Scienology Co.,Ltd  (The recipient of this payment is **Non-U.S. - Verified**) |
| Seller's ID: | newway190213 |
| Seller's Email: | newway1902@yahoo.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $5.99 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | 9274890113694022713299 ? |
| Carrier: | USPS |



PayPal Website Payment Deta ✕          Damon

🔒 PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...   🔍 ☆   ⋮

|  | Amount | $5.99 USD |
|---|---|---|

**Business Contact Information**

| Customer Service Email: | sportsword50@yahoo.com |
|---|---|
| Customer Service Phone: | +86 75529993131 x8060 |

| Order Description: | Shopping Cart |
|---|---|
| Item Total: | $5.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| Total amount: | -$5.99 USD |
|---|---|
| Fee amount: | $0.00 USD |

| Net amount: | -$5.99 USD |
|---|---|
| Date: | Dec 5, 2016 |
| Time: | 11:06:11 PST |
| Status: | Completed |

| Insurance: | $0.00 USD |
|---|---|
| Status: | Completed |

| Shipping Address: | Diana Kennings |
|---|---|
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed 🔲 |

| Payment To: | Shenzhen ATC Network Scienology Co.,Ltd   (The recipient of this payment is **Non-U.S. - Verified**) |
|---|---|
| Seller's ID: | newway190213 |
| Seller's Email: | newway1902@yahoo.com |

| Funding Type: | PayPal Funds |
|---|---|
| Funding Source: | $5.99 USD - PayPal Account |

| Tracking Number: | 9274890113694022713299 🔲 |
|---|---|
| Carrier: | USPS |
| Order Status: | Shipped (Dec 6, 2016) |

| Description: | Shopping Cart |
|---|---|

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log



Home > My eBay > Order details

## Order details

Printer friendly page

Sold by **newway190213** ( 27896 )    + Show additional actions



✓ Delivered on **Thursday, Dec 8, 2016**    - Hide shipping details

| ✓ Shipping info received | ✓ In transit | ✓ Delivered |

| Last scanned date | Thursday, Dec 8, 2016 | Shipping status | Delivered |
| Package location | CHICAGO , IL | Shipping carrier | USPS |

Tracking number    9274890113694022713299

Delivery message    DELIVERED FRONT DESK/RECEPTION

See Full tracking history

### Shipping address

**Diana Kennings**
230 S. Clark Street STE 552
Chicago IL 60604
United States

### Order total

| Subtotal | $5.99 |
| Shipping | Free |
| **Total** | **$5.99** |

View PayPal transaction

**Waterproof Dustproof Lifeproof Soft Full TPU Case For iPhone 5S 6S Plus SE**

| Item price | $5.99 |
| Quantity | 1 |
| Item number | 162080465804 |
| Shipping service | USPS First Class Package |

Leave feedback

Contact seller

Return item

Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

## Recently viewed items 1/5

Feedback on our suggestions


new! Men 's jeans thickening plus cas...
**$9.37**
Buy It Now


Lady Fashion Gold +Black Stud Earring...
**$1.98**
Buy It Now
Free shipping


Pro Automatic Electric Hair Curler Cu...
**$27.86** 😊
Buy It Now

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



for iPhone 6 /6S Plus

Works with Touch ID

Compatible avec Touch ID

PULL



ATC Supply
ATTENTION
25752 143rd Street
Plainfield        IL        60544

OSM worldwide

LIGHT WEIGHT

Diana Kennings
230 S. Clark Street STE 552

Chicago, IL  60604
US

| C6 | 606 |
|----|-----|
| IR |     |

PS LIGHTWEIGHT
U.S. POSTAGE & FEES PAID
OSM
E–VS

9274890113694022713299

USPS TRACKING # eVS

9274 8901 1369 4022 7132 99

Otterbox
newway190213



**COLOR**
**FASHION**
Made in China

Works with
Touch ID



Compati
avec Touc



Protect your beloved mobile phone in stely

# Creative Case

FASHION • SIMPLE • ELEGANT • BEAUTIFUL!
Filp cases, fully protect for your love phone


PROTECTION


SHOCK
ABSORPTION


GRIP &
ANTI SLIP

MADE IN CHINA















Otterbox Defender case for Sa... ✕

Damon

ⓘ www.ebay.com/itm/262708754686?_trksid=p2060353.m27... 🔍 ☆ ⋮

**Description**   **Shipping and payments**   Report item

eBay item number: 262708754686

Seller assumes all responsibility for this listing.
Last updated on Nov 07, 2016 01:33:21 PST View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New other (see details) : | | |
| Seller Notes: | "NEW! Multi COLORS Available! Defender Series with Belt Clip Hoister" | | |
| Type: | Clip | Material: | Silicone/Gel/Rubber |
| Compatible Brand: | For Samsung | Features: | With Clip |
| MPN: | Does Not Apply | Country/Region of Manufacture: | China |
| Brand: | Unbranded/Generic | Compatible Model: | for samsung S7 |

**NEW! Multi COLORS Available! OtterBox Defender Series Case Belt Clip Hoister**

**Item Description**

The Defender Series case provides heavy duty protection against drops, dust and damage without taking away from the usability of your phone's features. The Defender Series case offers triple-layer protection and is built from a high-impact polycarbonate shell, durable silicone slipcover and a built-in screen protector, making it one of the toughest cases on the market. Why else do you think we called it the Defender Series?

**Features**

- Robust, 3-layer protective case withstands drops, bumps and shock.
- Built-in screen protector guards against scratches.
- Port covers keep out dust and debris.
- Belt-clip hoister included that doubles as a kickstand for hand-free media viewing.
- Includes OtterBox 1-year case warranty (see website for details) and 100% authentic.

**Brand:** OtterBox
**Model:** Defender Series

**Condition**

- Brand New, in Retail Packaging

**Compatibility:**
    Samsung S7

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

Explore more options: Compatible Brand

Samsung       More ›        Apple       More ›

javascript:;





PayPal Website Payment Deta ×          Damon

PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...

**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #0TG04699EY8838717)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Otterbox Defender case for Samsung S7 case with Belt clip holster [for Samsung S7,Gray with white] Item # 262708754686 | | $17.90 USD |
| | | Amount | $17.90 USD |

Order Description: Shopping Cart
Item Total: $17.90 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$17.90 USD
Fee amount: $0.00 USD

Net amount: -$17.90 USD
Date: Nov 7, 2016
Time: 16:57:20 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Cleo Wu
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: Caiyanan   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: onlinephoneaccessory_5
Seller's Email: onlinephoneaccessory@outlook.com

Funding Type: PayPal Funds
Funding Source: $17.90 USD - PayPal Account

Tracking Number: LK067084740CN
Carrier: USPS
Order Status: Shipped (Nov 8, 2016)

Description: Shopping Cart



| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Otterbox Defender case for Samsung S7 case with Belt clip holster [for Samsung S7.Gray with white] Item # 262708754686 | | $17.90 USD |
| | | Amount | $17.90 USD |

Order Description: Shopping Cart
Item Total: $17.90 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$17.90 USD
Fee amount: $0.00 USD

Net amount: -$17.90 USD
Date: Nov 7, 2016
Time: 16:57:20 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Cleo Wu
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: Caiyanan   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: onlinephoneaccessory_5
Seller's Email: onlinephoneaccessory@outlook.com

Funding Type: PayPal Funds
Funding Source: $17.90 USD - PayPal Account

Tracking Number: LK067084740CN
Carrier: USPS
Order Status: Shipped (Nov 8, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log

















⬤ ⬤ ⬤  🔒 Durable Waterproof Shockpro ×      Damon

C  ⓘ www.ebay.com/itm/201724580666?_trksid=p2060353.m274...  🔍 ☆  ⋮

clarity
- Sound enhancement system, allows you to get the most loudly music and movies
- Take your iPhone 5 5S everywhere and do anything everyday with our case
- **WaterProof: Fully submergible to 6.6' / 2 m for 30 minutes**
- **Dirt Proof: Sealed from dirt & dust particles - meets or exceeds IP-68 Ingress Protection Rating**
- **Snow Proof: Sealed from snow & ice - meets or exceeds IP-68 Ingress Protection Rating**
- **Shock Proof: Withstands drops from 6.6' / 2 m - meets or exceeds MIL STD 810F-516**
- **Function:** Waterproof, Shockproof, Snowproof, Dirt Proof, Fingerprint Scanner Touch ID
- Compatibility: Works with all iPhone 5 5S
- Only the waterproof case, cell phone is not included.

**Specifications:**

- Type: Fitted Case/Skin
- Compatible Brand: For Apple
- Compatible Model: For iPhone 5 5S
- Brand: FAVOLCANO™
- Function: Waterproof, Shockproof, Snowproof, Dirt Proof
- Water-Resistance: IP-68
- Dirt-Resistance: IP-68
- Snow-Resistance: IP-68
- Shock-Resistance: MIL-STD-810F-516.5
- Material: PC
- Available Colors: 10 Colors
- Weight: 109g / 3.84oz
- Design/Finish: Glossy, Plain
- Dimension: 13.5x6.7x1.5cm

- *How to use it:*

1. Open the case on the right bottom, use your fingernail or other tool.
2. Put your iPhone into it and close the case. Please check it well to confirm it's close firmly
3. We suggest you can test the case before put your phone into it.

**Note:**Highly suggest that you can test the case before using it on your iPhone 5 5s, and make sure that you know the right way to use the case.
**Package included:**

- 1 x Waterproof Case for iPhone 5 5s
- 1 x Headphone Converter
- 1 x Microfiber Cleaning Cloth
- 1 x User Manual
- 1 x Hand Strap
- 1 x Retail Box

**Payment Terms**

We Only accept Paypal. If you don't want to buy, PLS not bid. All payments should be made within 7 days of your last winning bid. Unpaid item will be submited by Ebay.
If you feel good with our service and items, pls give us positive feedback and 5 stars of DSR.
Maybe you don't understand that the neutral feedback will also take harm to us.
If there is something make you dissatisfied, please contact us, we will immediately offer you a best solution.
Always on your side and so glad to be at your service.

**Shipping Terms**

Standard shipping from outside us, 6-15 working days (without weekend and holidays).
Economic shipping from outside us, 19-31 working days (without weekend and holidays).
Pls contact us if any delay on the shipping.
Estimated date is default by Ebay, not our Estimate. All items will be shipped to buyer's Ebay address.
Before you pay, please make sure your address in Ebay matches the address you would like us to ship to.
If you want to change address, pls contact us immediately after payment.
We preciate each transaction and all our efforts we are doing is for your positive feedback.
Your satisfaction is our pursuit.

powered by
PLBHAUCTION





**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #13E740534T155011X)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Durable Waterproof Shockproof Dirtproof LifeProof Case For Apple iPhone 5 5S HOT [Red] Item # 201724580666 | | $2.99 USD |
| | | Amount | $2.99 USD |

Order Description: Shopping Cart
Item Total: $2.99 USD
Sales Tax:
Shipping: $0.99 USD
Seller discount or $0.00 USD
charges:

Total amount: -$3.98 USD
Fee amount: $0.00 USD

Net amount: -$3.98 USD
Date: Nov 21, 2016
Time: 14:52:00 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Patrick Cunningham
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 方楠 (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: onlyyou2012
Seller's Email: fangnan14@gmail.com

Funding Type: PayPal Funds
Funding Source: $3.98 USD - PayPal Account

Tracking Number: LK081900418CN
Carrier: USPS
Order Status: Shipped (Nov 22, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you













**Specifiction:**

Perfect case for cellphone Size: 3.5 inch -6inch (universal all models)

Clear window on both sides, perfect for taking pictures or videos.

Closed nature, good waterproof performance, to ensure thatthe waterproof within 30 meters deep.

Condition:  100% Brand New and high quality
Material:   PVC
Color: Blue,purple,pink,yellow,light blue,grey,transparent,fruitgreen,orange

Size:  20cm*10.5cm/8"*4.2"(1cm=0.4inch)

Package including:

1X Waterproof Bag(with hang rope) (phone not included)

# Details

Nano seamless splicing, super waterproof

Hang rope design, hands free more freedom



 Swimming Waterproof Shock... ×

 Damon

→ C ⓘ www.ebay.com/itm/381892032618?_trksid=p2060353.m27... Q ☆ ⋮

**About Size:**Please carefully choose the right size before you buy.

**Contact Us**

1.All items are handmade by local artist. If you have any suggestions about our products, please feel free to contact us at any time , and we will greatly appreciate your positive feedback .

2.If for any reason you are not satisfied with the purchase, please email us before leaving any negative feedbacks or opening any dispute on PayPal and eBay (leaving negative feedback can't solve the problem).

3,We care about all of our valued customers ,and we will always try our best to help you !

4,Our work time is GMT+8 / Monday-Saturday / 8:45—17:45. However we couldn't replay to you in time in holiday of our country's, please pay a big patience. Normally, we will reply you in one working day .

**About Payment**

1.We accept paypal only!.

2.Payment must accomplished within 7 days after auction ended. If you can't arrange payment timely, plz email to us. Otherwise, all unpaid items will be filed an unpaid item dispute through eBay.

3.International Buyers -please notice :Import duties, taxes, and charges are not included in the item price or shipping cost. These charges are the buyer's responsibility. Thank you for your understanding !

**About Shipment**

1.Please do check your shipping address to match your PayPal address, we only ship item to confirmed address from Paypal.

2.We ship package mostly via regular China Post Air Mail, US buyers ship via E-packet, if you want other faster shipping way like EMS, DHL . Please contact us in advance.

3.All items will be through carefully Inspection and ship out in 48 hours after payment completed, also, we will offer you a related tracking number.

4.Normally delivery time is about 25-30 working days. To get the shipping discount and invoice, Just simply wait until all of the auctions have ended, and complete the checkout from the most recent Email or any auction page after you finish bidding.

Note: We hope it arrive on time but since this is an international delivery, shipping time will be highly depended on the courier company and local customs/duties. Thank you for your understanding.

**About Policies**

### Return&Refund Policy(After-sale Service)

| Problem | How to check and confirm | Recommended Solutions | Pls Note |
|---|---|---|---|
| Quality Issue (broke or defective) | By photos | Partial or Full refund | 1. Item need to be returned in 30 days after the delivery date. |
| Wrong Item | By photos | 1. Partial refund if buyer keep the item 2. Accept Return for Full refund or exchange(seller pay return postage) | 2. Please make sure that the item is in original condition if need return for full refund or exchange. |
| Not as picture | By photos and explanation | 1. Partial refund if buyer keep the item 2. Accept Return for Full refund or exchange(seller pay return postage) | |
| Size doesn't match with measurements in listing | By photos of measuring result | 1. Partial refund if buyer keep the item 2. Accept Return for Full refund or exchange(seller pay return postage) | 3. If item is damaged, pls contact us in 48 hours after receiving the parcel. |
| Not receive item | By shipping information | Full refund or sending replacement 3 weeks after EST | |
| Slight color differ | / | Accept Return for Full refund, not including original shipping cost or exchange (buyer pay return postage) | Thanks for your cooperation! |
| Doesn't fit but size is correct | / | Accept Return for Full refund, not including original shipping cost or exchange (buyer pay return postage) | |
| Don't like/ not as expected. | / | Accept Return for Full refund, not including original shipping cost or exchange (buyer pay return postage) | |

javascript:;





Damon

PayPal Website Payment Deta ×

PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/webs...

**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #0HE5832190414293B)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Swimming Waterproof Shockproof Lifeproof Phone Case Cover Winter Protect Tool [purple] Item # 381892032618 | | $1.97 USD |
| | | Amount | $1.97 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $1.97 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$1.97 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$1.97 USD |
| Date: | Dec 20, 2016 |
| Time: | 18:07:57 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Diana Kennings |
| | 230 S. Clark Street STE 552 |
| | Chicago, IL 60604 |
| | United States |
| | Confirmed |

| | |
|---|---|
| Payment To: | 郭 正也  (The recipient of this payment is Non-U.S. - Verified) |
| Seller's ID: | prettystyle2007 |
| Seller's Email: | hairstyle8888@hotmail.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $1.97 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | ID1801031841875 8CN |
| Carrier: | |
| Order Status: | Shipped (Dec 21, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you











For Samsung Galaxy S6 Edge ×    Damon

www.ebay.com/itm/311729520878?_trksid=p2057872.m2...

For Samsung Note 7

## Descriptions

**Features:**
1.100% Generic new and good quality waterproof case.
2.Made of high quality TPU (Thermoplastic polyurethanes) & PC & PET.
3. Fashionable and durable design makes it much more safer and well protect your Samsung Galaxy S6 Edge Plus & S7 edge & Note 7.
4. Designed to fit the Samsung Galaxy S6 Edge Plus ,Samsung Galaxy S7 edge,Samsung Galaxy Note 7 .
5.Slim, sleek silhouette stays true to your Phone's precision design
6.waterproof to military standards survives drops from up to 6m
7..Complete access to every function, button, control and port.
8.Enhanced speaker ports deliver maximum acoustic output and clarity.
9. Color:Mint Green

**Note:**Highly suggest that you can test the case before using it on your phone, and make sure that you know the right way to use the case.Thank you!

**Package Includes:**
1 x Waterproof Case for Samsung Galaxy S6 Edge Plus / S7 Edge / Note 7
1 x Black Phone Strap ( Free Gift )

## Hot selling

Hybrid Rubber Case
Cover For Samsung
Galaxy S7/ S7 Edge

**$4.99**

Leather Flip Wallet
Case Cover For
Samsung Galaxy
S7/S7 edge

**$5.99**

Hard Combo Case
For Samsung Galaxy
S7 &S7 edge



For Samsung Galaxy S6 Edge  ×                    Damon

C   ⓘ www.ebay.com/itm/311729520878?_trksid=p2057872.m2...   🔍 ☆   ⋮

$4.99

**Information about**

**Payment Method:**
* All payments must be prepaid.

**PayPal**

* We only accept payment via Paypal. Please kindly check if you can do the payment via PayPal before placing an order.

**Shipping Method:**
* We are not responsible for undeliverable address. We reserve the right to charge the shipping fee again for returned items due to wrong address.
* Items are generally shipped out the next business day after your payment has been cleared (Sat. & Sun. excluded.)
* Orders from the United States will all be shipped out via Fedex. The shipment usually takes 3-7 business days(Saturday and Sunday excluded), if you need the item urgently, please contact us for detail before purchase.
* Local pick up is not available.
* We do not ship to APO, FPO, Alaska, Hawaii and Puerto Rico addresses, and we are unable to ship to PO BOX for this item. Please provide your psychical address.
* NO International Shipping, including Canada.

**Return:**
1 This product comes with 30-Day Money Back Guarantee.
2 If you receive an item and it doesn't work properly, please contact us first, our Customer Service Representative will follow up and solve it for you!
3 If you don't like the item you received in 7 days, please contact us for return address for refund, but, we will deduct the shipping cost in sending you the goods from the refund.
4 In all cases, buyers pay shipping fees on their own cost to return products for exchange or refund. We will be responsible for the postage of replacements. Refund will be made upon receipt of the returned item.
5 For all returned products, buyers MUST contact us for the returning address and RMA Number.

**Warranty:**
1,Warranty will be valid for 12 months against manufacturing defect.
2,The warranty shall not apply to the following circumstances:
a) Damage caused by undue ware&tear,misuse, improper installation or operation, neglect,accidents.
b) Damage caused by natural disaters,flood fire,lightning or pollution.
c) If item was opened, any parts removed or repaired by any unauthorized person.
d) If damaged parts is the TFT screen or the screen has less than 3 dead pixels.
e) No warranty will be given for incomplete warranty card.

**Contact Us:**
* We have always been trying to provide the best service and reliable products for every customer, however, accident may happen sometimes, please contact us to resolve any issue before leaving a negative feedback.
* Any question please feel free to contact us though ebay message center.

Powered by

**You may like**

| For iPhone 6S Plus | Shockproof Rugged | Slim Hybrid Armor | New Shockproof | Shockproof Rugged | Shockproof Rugged | Heavy Duty Hybrid | Shockproof Rubber |
| $5.19 | $4.99 | $3.99 | $2.99 | $2.99 | $1.99 | $3.99 | $4.99 |





PayPal Website Payment Deta ×          Damon

PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...

**Transaction Details**

Express Checkout Payment Sent (Unique Transaction ID #9YJ22365WJ5652725)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | For Samsung Galaxy S6 Edge+ Plus S7 edge Waterproof Lifeproof Shockproof Case Item # 311729520878 | | $7.99 USD |
| | | Amount | $7.99 USD |

**Business Contact Information**

Customer Service Email: ebuyingsnow66@gmail.com
Customer Service Phone: +852 075529993131 x8060

Order Description: Shopping Cart
Item Total: $7.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.99 USD
Fee amount: $0.00 USD

Net amount: -$7.99 USD
Date: Dec 5, 2016
Time: 11:06:36 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: Today North Limited    (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: smart.mall
Seller's Email: smartmall2011@yahoo.com

Funding Type: PayPal Funds
Funding Source: $7.99 USD - PayPal Account

Tracking Number: 9274890113694022713084



PayPal Website Payment Deta... ×                                    Damon

PayPal, Inc. [US]   https://history.paypal.com/us/cgi-bin/web...

| 1 | 5F edge Waterproof Lifeproof Shockproof Case Item # 311729520878 | $7.99 USD |
| | | Amount | $7.99 USD |

**Business Contact Information**

Customer Service Email: ebuyingsnow66@gmail.com

Customer Service Phone: +852 075529993131 x8060

Order Description: Shopping Cart
Item Total: $7.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.99 USD
Fee amount: $0.00 USD

Net amount: -$7.99 USD
Date: Dec 5, 2016
Time: 11:06:36 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: Today North Limited   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: smart.mall
Seller's Email: smartmall2011@yahoo.com

Funding Type: PayPal Funds
Funding Source: $7.99 USD - PayPal Account

Tracking Number: 9274890113694022713084
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log



Hi Diana! ▾ | Daily Deals | Gift Cards | Sell | Help & Contact   The Right Gifts, Right Here   My eBay   🔔 99+   🛒

Home  >  My eBay  >  Order details

Printer friendly page

## Order details

Sold by **smart.mall** ( 274121 )

+ Show additional actions



✓ Delivered on **Thursday, Dec 8, 2016**    - Hide shipping details

✓ Shipping info received    ✓ In transit    ✓ Delivered

| Last scanned date | Thursday, Dec 8, 2016 | Shipping status | Delivered |
| Package location | CHICAGO , IL | Shipping carrier | USPS |

Tracking number    9274890113694022713084

Delivery message    DELIVERED FRONT DESK/RECEPTION

See Full tracking history



**For Samsung Galaxy S6 Edge+ Plus S7 edge Waterproof Lifeproof Shockproof Case**

| Item price | $7.99 |
| Quantity | 1 |
| Item number | 311729520878 |
| Shipping service | USPS First Class Package |

Leave feedback

Contact seller

Return item

### Shipping address

**Diana Kennings**
230 S. Clark Street STE 552
Chicago IL 60604
United States

### Order total

| Subtotal | $7.99 |
| Shipping | Free |
| **Total** | **$7.99** |

View PayPal transaction



Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

---

Recently viewed items  1/5

Feedback on our suggestions



new! Men 's jeans thickening plus cas...
$9.37
Buy It Now

Lady Fashion Gold +Black Stud Earring...
$1.98
Buy It Now
Free shipping

Pro Automatic Electric Hair Curler Cu...
$27.86  😊
Buy It Now

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ





# WATER PROOF CASE

-101

     

**Introduction:**
We can be having a call,listening to music,fiming,playing
a game,sending a message but 6meters underwater.
Depth up to 6 meters.
It can be underwater up to 3 hours.
The product is used to protect the phone of all those people
who like to play water sports,this is convenient because it can
ring bussines information to them while they are enjoying their
activities in the water.
The product is dustproof,shock proof and protect your phone
from dropping.And it will become a necessity for each travel,it has
many advantages
100%waterproof.

**Use of place:**
When we are swimming at the beach,we can take photos to remember the time, let the moment become good
memory,and at the same time we can also play a game,listen to music and so on,100%water proof.We don't have to
worry anymore if it gets wet.
For people that love to dive and professional photo graphers, the phone can reach 6 meters underwater to take
the picture as a souvenir of as a professional shot. 100%water proof.
When we surf and when we go skiing,we can go trough a wave,film the momento and not worry about anything
because this prouduct is rain-waterproof,so this means.It won't affect any telephone message while we are having a joy time.
Since it's shockproof,dropproof,dustproof,it can also be used by construction workes and fishermen.And it
cover each of our necessities
Talking about natural disasters,if we are surprised by a natural flood,we can definitely call first aid because the
phone won't stop working. it can even become the preferred product between the flood volunteers.100%waterproof.

**About the material:**
The product is molded by using imported environmental PC material and the international environmental TPE material.
Precision mold,unique design,absolutely waterproof.



**IP-68 Qualified**















Waterproof ShockProof Lifepro ×          Damon

www.ebay.com/itm/222210880592?_trksid=p2060353.m27...

## DESCRIPTION

This is a new waterproof/dirt proof/shockproof and snow proof case, which is especially designed for iPhone . And, this phone case uses the fashionable design and is a high-quality professional protective case. With this phone case, you can protect your phone when you are on beach, skating, on raining day etc, and have no need to worry about your phone drops on the floor, dirt or snow, etc. Moreover, the phone can also be normally operated when attached with the phone case such as, adjust volume, take photos, press the home button, call or pick up incoming calls, get charging, listen to music, and so on. The amazing news for this case is that it comes with a stand, so that you can steadily stand the protective case and watch movie with a great view angle, free your hand.

Features:
The latest generation of protection for iPhone
100% Generic new and good quality waterproof case
Four ways to protect your iPhone well, waterproof/dirtproof/shockproof and snowproof.
Fashionable and durable design makes it much more safer and well protect your iPhone
You can operate your IPHONE fluently when your phone in the case.
Tough polycarbonate frame, scratch resistant water proof screen protector
The case has completely re-engineered speaker ports to deliver maximum acoustic output and sound clarity
Sound enhancement system, allows you to get the most loudly music and movies
Take your iPhone everywhere and do anything everyday with our case
WaterProof: Fully submergible to 6.6' / 2 m for 30 minutes
Dirt Proof: Sealed from dirt & dust particles - meets or exceeds IP-68 Ingress Protection Rating
Snow Proof: Sealed from snow & ice - meets or exceeds IP-68 Ingress Protection Rating
Shock Proof: Withstands drops from 6.6' / 2 m - meets or exceeds MIL STD 810F-516
Function: Waterproof, Shockproof, Snowproof, Dirt Proof, Fingerprint Scanner Touch ID
Compatibility: Works with iPhone
Only the waterproof case, cell phone is not included.

Specifications:
Type: Fitted Case/Skin
Compatible Brand: For Apple
Compatible Model: For iPhone 5 5G 5s SE 6 6S plus
Function: Waterproof, Shockproof, Snowproof, Dirt Proof
Water-Resistance: IP-68
Dirt-Resistance: IP-68
Snow-Resistance: IP-68
Shock-Resistance: MIL-STD-810F-516.5
Material: Rigid Plastic
Available Colors: 10 Colors

Package includes:
1 X Shockproof Case Cover For iPhone
1 X Neck Role
1 X Original Box

How to use it:
1,Open the case on the right bottom, use your fingernail or other tool.
2,Put your iPhone into it and close the case. Please check it well to confirm it's close firmly
3,We suggest you can test the case before put your phone into it.

Note:
Highly suggest that you can test the case before using it on your iPhone and make sure that you know the right way to use the case.
Make sure you install airtight Follow the instructions to install Please pay close attention to the charger port cover door when open it.

## Payment Terms



1,Open the case on the right bottom, use your fingernail or other tool.
2,Put your iPhone into it and close the case. Please check it well to confirm it's close firmly
3,We suggest you can test the case before put your phone into it.

**Note:**

Highly suggest that you can test the case before using it on your iPhone and make sure that you know the right way to use the case.
Make sure you install airtight Follow the instructions to install Please pay close attention to the charger port cover door when open it.

## Payment Terms

We Only accept Paypal.If you don't want to buy,PLS not bid.All payments should be made within 7 days of your last winning bid.Unpaid item will be submeted by Ebay.
Maybe you don't understand that the neutral feedback will also harm to us.
If there is something make you dissatisfied, please contact us, we will immediately offer you a best solution. Always on your side and so glad to be at your service.

## Shipping Terms

Shipping to worldwide from New Jersey by USPS only to EBAY ADDRESS.
Address: Before checkout, Please ensure that the shipping address you provide at checkout.(If any change,pls inform to us before payment) When the order completed, it CAN NOT be changed.
In case of holiday or weekend, we will process your request on next business day and the products will be shipped within 24 hours.
USPS First Class Mail: 2-5 business days
USPS Priority Mail: 2-3 business days
USPS Express Mail: 1 business day
USPS First Class Mail International: Varies
USPS Priority Mail International: 6-10 business days
USPS Express Mail International: 3-5 business days
Please allow 5 business days is reasonable for delivery to US destinations on any eBay orders and 14 business days for any International destinations.
We highly recommend our buyer choose priority/expess mail for international delivery which is much more stable.
Appreciate for your understand because there may be some delay or something other happen during shipping, pls contact us if you have any problem.

powered by
PushAuction

FAVOLCANO Fingerprint
9.99 USD
Buy It Now
Free shipping

New Underwater
13.85 USD
Buy It Now
Free shipping

New Waterproof
16.79 USD
Buy It Now
Free shipping

Durable Shockproof
8.89 USD
Buy It Now
Free shipping

Virtual Reality 3D Video
10.64 USD
Buy It Now
Free shipping

Waterproof Shockproof
12.99 USD
Buy It Now
Free shipping

Mini Wireless Bluetooth
9.99 USD
Buy It Now
Free shipping

Bluetooth 4.0 Wireless
13.49 USD
Buy It Now
Free shipping





Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #58B6743962346701X)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Waterproof ShockProof Lifeproof Case For Apple Iphone 6 6S / 6S Plus 5 5S 5G SE [Black,For Apple iPhone 6 Plus] Item # 222210880592 | | $11.99 USD |
| | | Amount | $11.99 USD |

Order Description: Shopping Cart
Item Total: $11.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$11.99 USD
Fee amount: $0.00 USD

Net amount: -$11.99 USD
Date: Nov 7, 2016
Time: 17:05:52 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Cleo Wu
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 江敏   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: speedlife2011
Seller's Email: lightinworld123@hotmail.com

Funding Type: PayPal Funds
Funding Source: $11.99 USD - PayPal Account

Tracking Number: LK067470641CN
Carrier: USPS
Order Status: Shipped (Nov 8, 2016)

Description: Shopping Cart



PayPal Website Payment Deta...  ×                                           Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...

| | Waterproof Shock-Proof Lifeproof Case For Apple Iphone 6 6S / 6S Plus 5 5S 5G SE [Black,For Apple iPhone 6 Plus] Item # 222210880592 | $11.99 USD |
| 1 | | |
| | Amount | $11.99 USD |

Order Description: Shopping Cart
Item Total: $11.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$11.99 USD
Fee amount: $0.00 USD

Net amount: -$11.99 USD
Date: Nov 7, 2016
Time: 17:05:52 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Cleo Wu
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 江毅   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: speedlife2011
Seller's Email: lightinworld123@hotmail.com

Funding Type: PayPal Funds
Funding Source: $11.99 USD - PayPal Account

Tracking Number: LK067470641CN
Carrier: USPS
Order Status: Shipped (Nov 8, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log

Help   Contact   Security











Compatible Model: For Samsung galaxy S7 edge
Color: Brown
Material: PU
Packing: 1x s7edge case
**Notes:**

1. The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

2. Please allow slight deviation for the measurement data.
Feedback:
If you are dissatisfied for any reason, please do not be quick to leave negative/neutral feedback. We will try our best to make sure EVERY CUSTOMER 100% SATISFIED and resolve any problem for you and always leave positive feedback to all our customers.

Delivery details
1. WORLDWIDE SHIPPING.

2. Orders processed within 24-48 hours of payment verification.

3. The images shown are not the actual item and are for your reference only.

4. SERVICE TRANSIT TIME is provided by the carrier and excludes weekends and holidays. Transit times may vary, particularly during the holiday season.

5. If you have not received your shipment within 30 days from payment, please contact us. We will track the shipment and get back to you as soon as possible with a reply.Our goal is customer satisfaction!

6. Due to stock status and time differences, we will choose to ship your item from your first available warehouse for fast delivery.

Warranty and Guarantee:

One year warranty! 30 days money back! Buy with confidence!

If you are not satisfied when you receive your item, please return it within 30 days for a replacement or money back. Please contact me before you return it.Thanks!

Other Policies:

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility..

We will leave positive feedback after receiving the positive feedback. Please contact us if you are not satisfied with the item after receiving it.

All emails will be answered within 1 business day. If you do not receive our reply, please kindly re-sent your email and we will reply to you as soon as possible.







**PayPal Website Payment Deta** ×    Damon

PayPal, Inc. [US] | https://history.paypal.com/us/cgi-bin/webs...

Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #3R077885Y8666550J)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | New Leather Samsung Galaxy View Case Flip Phone Lifeproof Case For Galaxy S7Edge Item # 322336438554 | | $11.99 USD |
| | | Amount | $11.99 USD |

Order Description: Shopping Cart
Item Total: $11.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$11.99 USD
Fee amount: $0.00 USD

Net amount: -$11.99 USD
Date: Nov 30, 2016
Time: 20:52:36 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Ariana Sykee
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: 聶 冰华 (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: summitechnology
Seller's Email: jacksonz2009@hotmail.com

Funding Type: PayPal Funds
Funding Source: $11.99 USD - PayPal Account

Tracking Number: LT519413135CN
Carrier: USPS
Order Status: Shipped (Dec 2, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an











TPU Shockproof Waterproof L ✕

Damon

www.ebay.com/itm/231955383293?_trksid=p2057872.m2...

**Item Description**

**Waterproof Shockproof Rubber Defender TPU Case Cover For Apple iPhone 5 5s SE 6 6s 7 Plus**
**With the function of Touch ID.**

**Specification:**
100% brand new
Compatible with: iPhone5/5S/SE/6/6 Plus/6S/6S Plus/7 / 7Plus
High precise design and perfectly fit for the phone body, stylish, easy to assemble and remove.
Superior waterproof, passed IP-68 Ingress Protection Rating test.
Tough PC+TPU frame, scratch resistant water proof screen protector
Convenient: normally receive calls, send and receive messages, read books, play games, etc.
Customized access to all Buttons, Data Cable/Charger ports, Headphone/ear buds jack, etc.
With this case, your phone retains complete full touch screen and call functionality outside of the water.
Using this phone case, you can take photos in water without worrying about the water damaging your
phone. You can use volume key to take photos under water.
8 color for choosing: as picture shows

**Multi-function:**
Daily application: kitchen, spa bathroom, rainy days, etc.
Outdoor Application: travel, hiking, cross-country skiing
Water Application: rafting, surfing, swimming, diving, etc.
Operating Application: outdoor surveying, well drilling workers, etc.

**Package includes:**
1 x Waterproof TPU Case
**Note:** Due to the difference between different monitors, the picture may not reflect the actual color of the
item. Please understand, thank you.



javascript:;

Soft TPU











TPU Shockproof Waterproof L ×

www.ebay.com/itm/231955383293?_trksid=p2057872.m2...

Damon

High precise design and perfectly fit for the phone body, stylish, easy to assemble and remove. Superior waterproof, passed IP-68 Ingress Protection Rating test. Tough PC+TPU frame, scratch resistant water proof screen protector Convenient: normally receive calls, send and receive messages, read books, play games, etc. Customized access to all Buttons, Data Cable/Charger ports, Headphone/ear buds jack, etc. With this case, your phone retains complete full touch screen and call functionality outside of the water.

| SHIPPING | RETURN POLICY | PAYMENT | CONTACT US | NOTE |

•We accept PayPal as payment method. (http://www.paypal.com)

•PayPal allows you to pay by Credit cards, Debit cards, bank transfers and PayPal account Balances.

•The item will be shipped to buyer's CORRECT and VERIFIED PayPal Address.

•We are not responsible for the package lost due to incorrect address.

•Full payment must be paid within 7 days after placing your order. We will make delivery of the goods within 1 working days after receiving your payments. Payments not received within 7 days will be subject to a Non-Paying Bidder alert.

00000241

powered by
PushAuction



High precise design and perfectly fit for the phone body, stylish, easy to assemble and remove. Superior waterproof, passed IP-68 Ingress Protection Rating test. Tough PC+TPU frame, scratch resistant water proof screen protector Convenient: normally receive calls, send and receive messages, read books, play games, etc. Customized access to all Buttons, Data Cable/Charger ports, Headphone/ear buds jack, etc. With this case, your phone retains complete full touch screen and call functionality outside of the water.

| SHIPPING | RETURN POLICY | PAYMENT | CONTACT US | NOTE |

•Honest customer is our good friends. Your satisfaction is important to us. Everything goes better with understanding and communication.

•Once the item arrives, if you are satisfied with it, please kindly fill (5 stars) in all Average rating of Detailed Seller Ratings via eBay, we will do the same for you, if you are not satisfied with it or you have any problems, please don't leave us Neutral/Negative Feedback (1-4 star), we deeply hope you can contact us first, we will try our best to solve your problem. We appreciate the opportunity to have a fair transaction.

•If you have any questions please via eBay Message for our Customer Service. We will respond via eBay Message in 1-2 business day or less. Please include your eBay ID.

00000241

powered by
PushAuction

You may like







## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #0PJ24474MT9819158)

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | TPU Shockproof Waterproof LifeProof Case Cover For iPhone 5 5s SE 6 6s 7 Plus [Rose,For iPhone 7] Item # 231955383293 | | $7.97 USD |
| | | Amount | $7.97 USD |

### Business Contact Information

Customer Service Email: ec-tech@outlook.com

Order Description: Shopping Cart
Item Total: $7.97 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.97 USD
Fee amount: $0.00 USD

Net amount: -$7.97 USD
Date: Dec 5, 2016
Time: 11:01:31 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: xiao si hao   (The recipient of this payment is Non-U.S. - Verified)
Seller's ID: tiktok-tech
Seller's Email: ec-tech@outlook.com

Funding Type: PayPal Funds
Funding Source: $7.97 USD - PayPal Account

Tracking Number: 9400110200829231042022
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)



| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | TPU Shockproof Waterproof LifeProof Case Cover For iPhone 5 5s SE 6 6s 7 Plus [Rose For iPhone 7] Item # 231955383293 | | $7.97 USD |
| | | Amount | $7.97 USD |

**Business Contact Information**

Customer Service Email: ec-tech@outlook.com

Order Description: Shopping Cart
Item Total: $7.97 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$7.97 USD
Fee amount: $0.00 USD

Net amount: -$7.97 USD
Date: Dec 5, 2016
Time: 11:01:31 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed

Payment To: xiao si hao   (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: tiktok-tech
Seller's Email: ec-tech@outlook.com

Funding Type: PayPal Funds
Funding Source: $7.97 USD - PayPal Account

Tracking Number: 9400110200829231042022
Carrier: USPS
Order Status: Shipped (Dec 6, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

Return to Log



Home > My eBay > Order details

# Order details

Printer friendly page

Sold by **tiktok-tech** ( 6411 )

+ Show additional actions



✓ Delivered on **Monday, Dec 12, 2016** — Hide shipping details

| ✓ Shipping info received | ✓ In transit | ✓ Delivered |

| **Last scanned date** | Monday, Dec 12, 2016 | **Shipping status** | Delivered |
| **Package location** | CHICAGO , IL | **Shipping carrier** | USPS |

**Tracking number** 9400110200829231042022

**Delivery message** DELIVERED FRONT DESK/RECEPTION

See Full tracking history

**TPU Shockproof Waterproof LifeProof Case Cover For iPhone 5 5s SE 6 6s 7 Plus**

| Item price | $7.97 |
| Quantity | 1 |
| Item number | 231955383293 |
| Shipping service | Standard Shipping |

Leave feedback

Contact seller

Return item

## Shipping address

**Diana Kennings**
230 S. Clark Street STE 552
Chicago IL 60604
United States

## Order total

| **Subtotal** | $7.97 |
| **Shipping** | Free |
| **Total** | **$7.97** |

View PayPal transaction

Order placed on
Monday, Dec 5, 2016

Payment method
PayPal

Payment date
Monday, Dec 5, 2016

## Recently viewed items 1/5

Feedback on our suggestions



new! Men 's jeans thickening plus cas...
**$9.37**
Buy It Now



Lady Fashion Gold +Black Stud Earring...
**$1.98**
Buy It Now
Free shipping



Pro Automatic Electric Hair Curler Cu...
**$27.86** 🌟
Buy It Now

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



Otterbox

TikTok-tech

























**Features:**

- The waterproof/dirt proof/shockproof and snow proof case, you can protect your phone when you play on the beach, driving, skating, or do some water sports and have no need to worry about it falls into the water, dirt, or snow, on floor
- Feature:
- High Quality With compact portable design for iPhone 6
- It is waterproof, dirtproof, shockproof and snowproof to protect your cellphone from dropping
- Fashionable and durable design makes it much safer and well protects your iPhone 6
- You can fluently operate your iPhone 6 when your phone is in the case
- The product is especially used to protect phones of all those people who like playing water sports
- Note: You can only use the button and cannot use all other keys of your iPhone 6 when it is in the phone case
- Only the waterproof case, cell phone is not included

**Specification:**

- Compatible Model: iPhone 6
- Material: Plastic/Silicone
- Waterproof/Dust proof level: IP-68
- Case Outside Dimensions: 155 x 84 x 15mm
- Case Inline Dimension: 143 x 72 x 9mm
- Package weight: 136g

**What is included:**

- 1 x Waterproof case for iPhone 6
- 1 x Strap

## Policies

**Payment:**

- We Accept Paypal Only.
- Payment must be made in 3 days after auction close; otherwise the item may resell and be out of stock.

**Shipment:**

- Usually we arrange shipping in 1 business day after payment confirmed.
- Orders from the USA will all be shipped out via Carrier USPS . Usually it takes up 3~8 business days for delivery.
- Delivery time (including weekend): 5.21%(1~2days)----65.66%(3~5D)----22.19%(6~8D)----2.47%(9~10D)----1.26%(above 10D)
- When you find track information is abnormal or not get goods in 10 days, please feel free to email contact us first for troubleshooting. Don't open dispute case immediately Please.

**Warrenty & RMA:**

- 6 months Manufacturer's Warranty for defective items (excluding items damaged and/or misused after receipt). Accessories come with a 3-month warranty.
- In order to return an item you must contact us to request a RMA No.
- Please returned items in the original packaging, fill in RMA number on package, and PROVIDE us reason for the return, and your eBay ID.
- Return shipping is to be paid by the Buyer if you buy wrong or just don't want it . Please check the description and size of items before you make a order.

**Service & Contact:**

- We hope you have a pleasant shopping experience with us and satisfy 100%.
- or delivery problems, please email contact leave neutral or negative feedback, or 1 2 3

Connecting...



Waterproof Shockproof Dirt S ×    Damon

ⓘ www.ebay.com/itm/401018336637?_trksid=p2060353.m2...

## 🍀 Policies

**Payment:**

- We Accept Paypal Only.
- Payment must be made in 3 days after auction close; otherwise the item may resell and be out of stock.

**Shipment:**

- Usually we arrange shipping in 1 business day after payment confirmed.
- Orders from the USA will all be shipped out via Carrier USPS . Usually it takes up 3~8 business days for delivery.
- Delivery time (including weekend): 5.21%(1~2days)----65.66%(3~5D)----22.19%(6~8D)----2.47% (9~10D)----1.26%(above 10D)
- When you find track information is abnormal or not get goods in 10 days, please feel free to email contact us first for troubleshooting, Don't open dispute case immediately Please.

**Warrenty & RMA:**

- 6 months Manufacturer's Warranty for defective items (excluding items damaged and/or misused after receipt). Accessories come with a 3-month warranty.
- In order to return an item you must contact us to request a RMA No.
- Please returned items in the original packaging, fill in RMA number on package, and PROVIDE us reason for the return, and your eBay ID.
- Return shipping is to be paid by the Buyer if you buy wrong or just don't want it , Please check the description and size of items before you make a order.

**Service & Contact:**

- We hope you have a pleasant shopping experience with us and satisfy 100%.
- If there are any item or delivery problems, please email contact us first, BEFORE you leave neutral or negative feedback, or 1,2,3 ratings, so that we can address your concerns. Please give us the opportunity to resolve any problem.
- Usually, we response your email in 1 business day.

Connecting...





PayPal Website Payment Deta ×

Damon

🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #4NK09802JC547863U)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Waterproof Shockproof Dirt Snow life Proof Durable Case Cover For iPhone 6 4.7" Item # 401018336637 | | $9.90 USD |
| | | Amount | $9.90 USD |

**Business Contact Information**

Customer Service Email: eculstore@gmail.com
Customer Service Phone: +86 075529177992

Order Description: Shopping Cart
Item Total: $9.90 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$9.90 USD
Fee amount: $0.00 USD

Net amount: -$9.90 USD
Date: Dec 5, 2016
Time: 11:09:14 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed ⁇

Payment To: 陈治林  (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: topkoo
Seller's Email: eculstore@gmail.com

Funding Type: PayPal Funds
Funding Source: $9.90 USD - PayPal Account

Tracking Number: 4310612685870682
Carrier: DHL Express
Order Status: Shipped (Dec 7, 2016)



PayPal Website Payment Deta ✕                                    Damon

C    🔒 PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...  🔍 ☆    ⋮

**Business Contact Information**

Customer Service Email: eculstore@gmail.com
Customer Service Phone: +86 075529177992

Order Description: Shopping Cart
Item Total: $9.90 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or $0.00 USD
charges:

Total amount: -$9.90 USD
Fee amount: $0.00 USD

Net amount: -$9.90 USD
Date: Dec 5, 2016
Time: 11:09:14 PST
Status: Completed

Insurance: $0.00 USD
Status: Completed

Shipping Address: Diana Kennings
230 S. Clark Street STE 552
Chicago, IL 60604
United States
Confirmed 🛈

Payment To: 陈清林  (The recipient of this payment is **Non-U.S. - Verified**)
Seller's ID: topkoo
Seller's Email: eculstore@gmail.com

Funding Type: PayPal Funds
Funding Source: $9.90 USD - PayPal Account

Tracking Number: 4310612685870682 🛈
Carrier: DHL Express
Order Status: Shipped (Dec 7, 2016)

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you
attempt to resolve issues directly with the seller whenever possible.

                                                                    Return to Log

Help    Contact    Security
© 1999-2016 PayPal. All rights reserved.    |    Privacy    Legal    Policy updates



Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ





**New**

# waterproof
## for iPhone 6/6s

**introduction:**

waterproof case for iPhone 6

1 We can be having a call, listening to music, filming, playing a game, sending a message but 6 meters underwater.

2 Depth up to 6 meters.

3 It can be underwater up to 3 hours.

4 The product is used to protect the phone of all those people who like to play water sports, this is convenient because it can bring bussines information to them while they are enjoying their activities in the water.

5 The product is dustproof ,shockproof and protect your phone from dropping. And it will become a necessity for each travel, it has many advantages

6 100% waterproof..

waterproof case

**Use of place:**

1 When we are swimming at the beach, we can take photos to remember the time, let the moment become good memory, and at the same time we can also play a game ,listen to music and so on, 100% waterproof. We don't have to worry any more if it gets wet.

2 For people that love to dive and professional photographers, the phone can reach 6 meters underwater to take the picture as a souvenir or as a professional shot. 100%waterproof.

3 When we surf and when we go skiing, we can go trough a wave, film the momento and not worry about anything because this product is rain-waterproof , so this means It won't affect any telephone message while we are having a joy time.

4 Since it's shockproof, dropproof, dustproof, It can also be used by construction workers and fishermen. And it will cover each of our necessities

5 Talking about natural disasters, if we are surprised by a natural flood, we can definitely call first aid because the phone won't stop working, it can even become the preferred product between the flood volunteers.100% waterproof.

**About the material:**

The product is molded by using imported environmental pc material and the international environmental TPU material.. Precision mold, unique design, absolutely waterproof.

   

you like it ? NO. you need it

Essential in summer

## Instruction



No.1 No.2 No.3 No.4 No.5 No.6 OK



6M. Waterproof | Phone case | Calling | Messaging | Listen the music | Sandproof antidust

**IP-68   Qualified**









