





Otter Defender Series Case & ✕    Damon

← → C ① www.ebay.com/itm/252663988790?_trksid=p2057872.m2...  ☆ ⋮

**Description**  **Shipping and payments**    Report item

eBay item number: 252663988790

Seller assumes all responsibility for this listing.
Last updated on Dec 04, 2016 18:12:24 PST View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Fitted Case/Skin |
| Material: | plastic/ rubber | Compatible Brand: | For Apple |
| Design/Finish: | Matte | Compatible Model: | iPhone 6,iPhone 6 Plus |
| Model: | Defender Series | MPN: | Does Not Apply |
| Color: | Black, Neon Rose,Gray,Blue | Brand: | Otter |
| UPC: | Does not apply | | |

**Otter Defender Series Case & Holster Belt Clip for I phone 6 (4.7'')&Plus(5.5'')**
Product is in excellent condition with no signs of use. In bulk packaging.

▸ **Item Description**

**Features:**

Robust, 3-layer protective case withstands drops, bumps and shock.

Built-in screen protector guards against scratches.

Port covers keep out dust and debris.

Belt-clip holster included that doubles as a kickstand for hand-free media viewing.

**COMPATIBLE** with iPhone 6 & 6 Plus two types, **NOT COMPATIBLE** with iPhone 6s & 6s Plus.

Triple-layer, ultra rugged iPhone 6 Plus case made to survive the bumps, drops and scrapes you encounter on your adventures - bring it

Please contact us for item Model and Color you want—iPhone 6 & 6 Plus(Black, Neon Rose,Gray,Blue)

▸ **Shipping Method**

1.Worldwide Shipping.

2.All items will be shipped within 1-3 business days after payment received.

3. All items will be sent to your Amazon address only, so your address must match your Amazon address.

4.We use E-packet/NL Post/Air Parcel Service as the default shipping, it usually takes 15-20 working days and to be delivered by your local Post Office, some remote countries may take a little longer, thus please be patient to wait for your receiving your goods. If you want the expedite shipping such as DHL, FedEx, UPS, TNT, EMS these international express services, please contact us in time and pay an additional fee.

5.Shipment transit time is provided by the courier and excludes weekends and holidays, Transit time may vary, especially during the holiday, also depend on customs, if you have not received your shipment within 40 business days from payment, please contact us, we will track the shipment and get back to you within 24 hours.

6.All shipping costs given is not including the custom tax in your country. As a buyer, it is your duty to pay the tax when ...ice does not include taxes, VAT or other extras.

javascript;;



Otter Defender Series Case & ✕

Damon

→ C ⓘ www.ebay.com/itm/252663988790?_trksid=p2057872.m2... ⚲ ☆ ⋮

delivered by your local Post Office, some remote countries may take a little longer, thus please be patient to wait for your receiving your goods. If you want the expedite shipping such as DHL, FedEx, UPS, TNT, EMS these international express services, please contact us in time and pay an additional fee.

5.Shipment transit time is provided by the courier and excludes weekends and holidays, Transit time may vary, especially during the holiday, also depend on customs, if you have not received your shipment within 40 business days from payment, please contact us, we will track the shipment and get back to you within 24 hours.

6.All shipping costs given is not including the custom tax in your country. As a buyer, it is your duty to pay the tax when needed from your custom policy. Our price does not include taxes, VAT or other extras.

## » Payment Method

1.We accept PayPal only; all major credit card or debit card are accepted through secure payment by PayPal.

2.Payment must be received within 7 days after auction ended. Unpaid dispute will be filed to eBay for the non-payable bidders.

3. for inquiry about our product, shipment or mass order price, please message us.

## » Return & Warranty

1.All items on sale are in new and good condition unless specified, one-year warranty. If you are not satisfied with the one you received because of defects or damage, please contact us as soon as possible and send back within 30 days for a new replacement or money return.

2.All returned items must be in the original packaging and provide us with tracking number, specified reason and your eBay ID.

3.Our warranty excludes any products that are damaged by man-made or incorrectly operating or improper installation/use by buyer's side.

## » Contact Us

When you received our item, and love it, please kindly leave us positive feedback. If you have any questions or need our help, please contact us to resolve any issue before leaving a negative feedback. Our goal is to assure you are a happy buyer and enjoying shopping with us.

Your satisfaction is our motivation!

Love us, add us to your "favorites" list!

### Why Choose Us to Buy?

Authentic Service and Security Payment

Thank you for visiting our store.    Buy with confidence.





PayPal Website Payment Deta ×          Damon

PayPal, Inc. [US]  https://history.paypal.com/us/cgi-bin/web...

**Transaction Details**

**Express Checkout Payment Sent** (Unique Transaction ID #63J02849T7003002T)

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Otter Defender Series Case & Holster Belt Clip for i Phone 6 (4.7")&Plus(5.5") Item # 252663988790 | | $13.99 USD |
| | | Amount | $13.99 USD |

| | |
|---|---|
| Order Description: | Shopping Cart |
| Item Total: | $13.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$13.99 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$13.99 USD |
| Date: | Dec 4, 2016 |
| Time: | 18:08:12 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |
| Status: | Completed |

| | |
|---|---|
| Shipping Address: | Ariana Sykee 230 S. Clark Street STE 552 Chicago, IL 60604 United States Confirmed |

| | |
|---|---|
| Payment To: | Vanky Electronics Co.,Ltd.   (The recipient of this payment is **Non-U.S. - Verified**) |
| Seller's ID: | vankyelec-hk |
| Seller's Email: | 1418588758@qq.com |

| | |
|---|---|
| Funding Type: | PayPal Funds |
| Funding Source: | $13.99 USD - PayPal Account |

| | |
|---|---|
| Tracking Number: | LK100445210CN |
| Carrier: | None |
| Order Status: | Cancelled (Dec 8, 2016) |

| | |
|---|---|
| Description: | Shopping Cart |

Need help? If you have problems with an eBay transaction or want help settling a dispute with an
eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you

Hi Ariana! ▾ | Daily Deals | Gift Cards | Sell | Help & Contact          My eBay 🔔 🛒

Shop by category ▾    Search...    All Categories ▾    **Search**    Advanced

Home  >  My eBay  >  Order details

# Order details

Printer friendly page

Sold by **vankyelec-hk** ( 2 )        + Show additional actions

Estimated delivery **Wednesday, Dec 21, 2016 - Friday, Feb 10, 2017**        - Hide shipping details

✓ Shipping info received    ✓ In transit    Delivered

| | | | |
|---|---|---|---|
| Last scanned date | N/A | Shipping status | In transit |
| Package location | | Shipping carrier | China Post |
| Tracking number | LT550600301CN | | |
| Delivery message | Origin Post is Preparing Shipment | | |

See Full tracking history



**Otter Defender Series Case & Holster Belt Clip for i Phone 6 (4.7")&Plus(5.5")**

| | | | |
|---|---|---|---|
| Item price | $13.99 | | Leave feedback |
| Quantity | 1 | | Contact seller |
| Item number | 252663988790 | | Return item |
| Shipping service | Economy Shipping from China/Hong Kong/Taiwan to worldwide | | |

## Shipping address

Ariana Sykee
230 S. Clark Street STE 552
Chicago IL 60604
United States

## Order total

| | |
|---|---|
| Subtotal | $13.99 |
| Shipping | Free |
| **Total** | **$13.99** |

View PayPal transaction

Order placed on
Sunday, Dec 4, 2016

Payment method
PayPal

Payment date
Sunday, Dec 4, 2016

Recently viewed items 1/3        Feedback on our suggestions







| 2pcs Black Auto Seat Belt Cover Pads... | MONSTER ENERGY WRISTBAND SILICONE | Diamond Men Solid Wedding Plated Swar... |
|---|---|---|
| $8.99 | $1.59 | $1.47 |
| Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping |

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



Otterbox
vankyelec-hk







# Defender Series
## Rugged Protection

**EN** Defend your device from drops, dirt and daily adventures

**FR** *Protégez votre appareil contre les chocs, la saleté et les aléas quotidiens*

**ES** *Defienda su dispositivo ante caídas, suciedad y sus aventuras diarias*

**BP** *Proteja seu dispositivo contra impacto, poeira e das aventuras diárias*


**Drop Protection**
*Impact Préservation*
*Impactos Protección*
*Proteção contra impactos*


**Triple Layer Protection**
*Protection triple couche*
*Protección de tres capas*
*Proteção de 3 camadas*


**Dust Protection**
*Chute Préservation*
*Caídas Protección*
*Proteção contra poeira*


**Screen Protection**
*Protection d'Écran*
*Protección Para Pantalla*
*Proteção de tala*


**Scratch Protection**
*Rayures Préservation*
*Rayones Protección*
*Proteção contra riscos*


**Belt Clip/Holster**
*Clip de ceinture*
*Pinza para cinturòn/funda*
*Suporte/Clip para cinto*

OTTERBOX.COM

Designed in Fort Collins, Colorado USA
11-53166_A

77-27434

6 60543 01988 6

ASSEMBLED IN CHINA

©2015 Otter Products, LLC. All rights
reserved. 209 S Meldrum St, Ft Collins,
CO 80521, USA. The OtterBox name and
OtterBox trademarks are the property of
Otter Products, LLC, registered in the US
and other countries. All other trademarks
are the property of their respective owners.

△ 1 PETE









## Vous avez acheté
## BIEN PLUS QU'UN ÉTUI



Vous avez acheté un étui ajustable, en plus d'être totalement fonctionnel et concu par le fabricant d'étui pour téléphones cellulaires le plus reconnu.

## Has comprado más que
## UNA GRAN CARCASA



Has comprado una cubierta totalmente funcional y de alta protección, hecha por el fabricante de carcasas para celulares de más confianza.

Vous avez acheté un étui dont le fabricant offre un service à la clientèle qui n'a pas son pareil. Plus important encore, vous avez rejoint une communauté de gens qui vivent leur vie à toute allure et qui aiment avoir leur téléphone cellulaire à leurs côtés.

**Faites de OtterBox le symbole de la liberté que vous avez maintenant d'aller où vous le voulez et de faire ce que vous désirez.**

Una carcasa respaldada por un servicio de atención al cliente insuperable, Y lo más importante, ahora eres parte de un grupo de personas que viven su vida al máximo y que desean que sus celulares les acompañen en sus aventuras.

**Permite que tu OtterBox sea un símbolo de la libertad con la que cuentas ahora para visitar más lugares y hacer más cosas.**



**Lisez ce code QR**
afin de rester connecté à un monde d'opportunités, d'explorations et d'aventures.

www.otterbox.com/engage



**Toma una fotografía a este código QR**
para seguir conectado a un mundo de oportunidades, exploraciones y aventuras.

www.otterbox.com/engage

