**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., | ) ) ) | Case No. 17-cv-01041 |
| Plaintiffs, | ) ) | **Judge Ronald A. Guzman** |
| v. | ) ) ) | **Magistrate Judge Sheila M. Finnegan** |
| 2015OUTLETS4U, et al., | ) ) | |
| Defendants. | ) ) | |

**Declaration of Kevin S. McPherson – Exhibit 7**

Dated this 9th day of February 2017.    Respectfully submitted,

                                           /s/ Justin R. Gaudio
                                           Kevin W. Guynn
                                           Amy C. Ziegler
                                           Justin R. Gaudio
                                           Jessica L. Bloodgood
                                           Greer, Burns & Crain, Ltd.
                                           300 South Wacker Drive, Suite 2500
                                           Chicago, Illinois 60606
                                           312.360.0080 / 312.360.9315 (facsimile)
                                           kguynn@gbc.law
                                           aziegler@gbc.law
                                           jgaudio@gbc.law
                                           jbloodgood@gbc.law

                                           *Counsel for Plaintiffs Otter Products, LLC and*
                                           *Treefrog Developments, Inc.*

Home > Whois Lookup > OtterBox.club

## Whois Record for OtterBox.club

### ▬ Whois & Quick Stats

| | | |
|---|---|---|
| Risk Score | 7.02 | ↗ |
| Email | otterbox.club@domainsbyproxy.com | |
| Registrant Org | Registration Private is associated with ~68,129 other domains | ↗ |
| Dates | Created on 2016-11-03 - Expires on 2017-11-02 - Updated on 2016-11-03 | ↗ |
| IP Address | 188.240.208.113 - 1 other site is hosted on this server | ↗ |
| IP Location | 🇷🇴 - Bihor - Oradea - Netprotect Srl | |
| ASN | 🇷🇴 AS44220 PARFUMURI-FEMEI-AS , RO (registered Nov 21, 2016) | |
| Domain Status | Registered And Active Website | |
| Whois History | 4 records have been archived since 2016-11-05 | ↗ |
| Whois Server | whois.nic.club | |

### ▬ Website

| | | |
|---|---|---|
| Website Title | 🅞 OTTERBOX CLUB: The #1 Selling Case for Smartphones & Tablets | ↗ |
| Server Type | nginx | |
| Response Code | 200 | |
| SEO Score | 78% | |
| Terms | 1250 (Unique: 182, Linked: 482) | |
| Images | 55 (Alt tags missing: 8) | |
| Links | 311   (Internal: 305, Outbound: 2) | |

### Whois Record ( last updated on 2017-02-09 )

```
Domain Name: OTTERBOX.CLUB
Domain ID: D4969043-CLUB
WHOIS Server: whois.nic.club
Referral URL: http://whois.godaddy.com
Updated Date: 2016-11-03T20:52:52Z
Creation Date: 2016-11-03T20:52:52Z
Registry Expiry Date: 2017-11-02T23:59:59Z
Sponsoring Registrar: GoDaddy.com, Inc.
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registrant ID: C4969039-CLUB
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Fax: +1.4806242598
Registrant Email: otterbox.club@domainsbyproxy.com
Admin ID: C4969041-CLUB
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Fax: +1.4806242598
Admin Email: otterbox.club@domainsbyproxy.com
Tech ID: C4969040-CLUB
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
```

```
Tech Country: US
Tech Phone: +1.4806242599
Tech Fax: +1.4806242598
Tech Email: otterbox.club@domainsbyproxy.com
Billing ID: C4969042-CLUB
Billing Name: Registration Private
Billing Organization: Domains By Proxy, LLC
Billing Street: DomainsByProxy.com
Billing Street: 14747 N Northsight Blvd Suite 111, PMB 309
Billing City: Scottsdale
Billing State/Province: Arizona
Billing Postal Code: 85260
Billing Country: US
Billing Phone: +1.4806242599
Billing Fax: +1.4806242598
Billing Email: otterbox.club@domainsbyproxy.com
Name Server: NS57.DOMAINCONTROL.COM
Name Server: NS58.DOMAINCONTROL.COM
DNSSEC: unsigned
```

## Tools

| Whois History |
| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse IP Address Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |

| ⬇ Preview the Full Domain Report |
| Queue Screenshot for Addition |

## Available TLDs

**General TLDs**  Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| OtterBox.com | View Whois |
| OtterBox.net | View Whois |
| OtterBox.org | View Whois |
| OtterBox.info | View Whois |
| OtterBox.biz | View Whois |
| OtterBox.us | View Whois |

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2017 DomainTools