# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., | Case No. 17-cv-01041 |
| Plaintiffs, | **Judge Ronald A. Guzman** |
| v. | **Magistrate Judge Sheila M. Finnegan** |
| 2015OUTLETS4U, et al., | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, February 28, 2017 at 9:30 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Judge Ronald A. Guzman in Courtroom 1801 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' *Ex Parte* Motion to Extend the Temporary Restraining Order.

Dated this 23rd day of February 2017.       Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs Otter Products, LLC and Treefrog Developments, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of February 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Plaintiffs' control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 6 and 7 to the Declaration of Kevin S. McPherson and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

        /s/ Justin R. Gaudio
        Kevin W. Guynn
        Amy C. Ziegler
        Justin R. Gaudio
        Jessica L. Bloodgood
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080
        312.360.9315 (facsimile)
        kguynn@gbc.law
        aziegler@gbc.law
        jgaudio@gbc.law
        jbloodgood@gbc.law

        *Counsel for Plaintiffs Otter Products, LLC and Treefrog Developments, Inc.*