## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Otter Products, LLC, et al.

                                              Plaintiff,

v.
                                              Case No.:
                                              1:17–cv–01041
                                              Honorable Ronald A. Guzman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2017:

       MINUTE entry before the Honorable Sheila M. Finnegan: Status and motion hearing held. Attorney David Brezina informed the Court that he represents Defendant Aicase2015, and has not yet filed an appearance, but will do so before the next court hearing. Plaintiffs' Ex Parte Motion to Extend the Temporary Restraining Order [31] is denied without prejudice to being reasserted before the district judge. Plaintiffs' Motion for Entry of a Preliminary Injunction [28] is entered and continued, and shall be briefed as follows: any response in opposition to the motion must be filed by 3/9/17; any reply in support of the motion must be filed by 3/16/17. Plaintiffs' oral motion to unseal all documents currently under seal on the electronic docket in this case is granted, and the Clerk of the Court is directed to unseal those materials. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.