## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Otter Products, LLC, et al.

                                                Plaintiff,

v.                                                          Case No.:
                                                            1:17–cv–01041
                                                            Honorable Ronald A.
                                                            Guzman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                Defendant.

_____


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 20, 2017:


        MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on
4/20/2017. It is hereby ordered that this action is dismissed without prejudice with leave to
reinstate on or before 5/4/2017 solely for the purpose of enforcing the terms of the
settlement agreement. If a motion to reinstate is not filed by the above date, the dismissal
without prejudice will automatically convert to one with prejudice thereafter. Any pending
motions or schedules are stricken as moot. Civil case terminated. Mailed notice(is, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.